MK

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

Debra Rae Wolinsky, severely
disabled senior. Please forgive printing
and writing. I have tremors and carpel
Tunnel in both wrists.
Keyboard and computers illiterate. Alone. )
Plaintiff(s),

X AUG 31 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aetna Insurance Co.(Mark Bertolini, CEO)
County Care(John Jay Shannon) U.S.Department
of Heath and Human Services(Alex Azure II)
Defendant(s).

**1:18-cv-05997**

**Judge Manish S. Shah**

**Magistrate Judge Jeffrey Cole**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Debra Rae Wolinsky

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, *Please see attached List* _____, is

☒ an officer or official employed by *United States Department of Health*
*and Human Services, Alex Azar II, Secretary* _____ or
(department or agency of government)

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is _____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about *9/1/2016 to the 30th* / *7/2016*, at approximately _*12:01*_ ☒ a.m. ☐ p.m.
(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of *Chicago IL. 60610*

_____, in the County of *Cook* ,

State of Illinois, at *325 N. State Parkway, #7B, Chicago, IL 60610*
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: *See attached after complaint. Then,*
*the lion's share of what "I believe" is Evidence.*

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*): U.S. Constitution. Federal + State Laws.

    _____.

    _____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    N/A

    _____

    _____

    _____

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal
    proceedings under "Other"*)  The criminal proceedings

    ☐  are still pending.

    ☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☐  Other: Must be found guilty and maximun sactions, fines,
    prison sentences demanded by law. Perhaps more due to degree of
    intention, egregious conduct, and act as a deterent for others. Grant all
    of my requests.

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

    3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Please see, what "I believe" is Evidence to all my allegations

11. Defendant acted knowingly, intentionally, willfully and maliciously. Without a doubt.

12. As a result of defendant's conduct, plaintiff was injured as follows:

See allegations list. Plus 3rd degree burns, twice. Need skin grafting. 3 broken toes, numerous falls impeded my ability to seek medical care, and abuse of every kind, except sexual. See allegations, please.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and Constitutional

14.   Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as ~~false arrest~~, assault, battery, false imprisonment, malicious Persecution ~~prosecution~~, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.   Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.   ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.   Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Nebra Wolinsky

Plaintiff's name *(print clearly or type)*: Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy. #17B.

City Chicago            State IL.        ZIP 60610

Plaintiff's telephone number: (312) 787-6322.

Plaintiff's email address *(if you prefer to be contacted by email)*: wolinskidebra@gmail.com.

15.   Plaintiff has previously filed a case in this district.  ☒ Yes ☐ No

*If yes, please list the cases below.*

Cannot Remember. One was Lance Chavin (minor) and next was friend, Mother Debra Wolinsky/vs CPS

*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff.  An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA  HIPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                              Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

**\*Daily Torture-**to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries-**harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder-**the *CRIME* of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud-** deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation-** the action of *damaging the* **GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution-** is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule.*

**\*\*\*Domestic Terrorism-** the committing of terrorist acts in the perpetrators *own country against their fellow citizens.*

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

1 of 4

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                          Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct,** mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** **Righteousness, goodness, virtue, purity.**

**Changing Medical Records-***Knowingly* falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                 Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                              Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

# The Defendants

Personal and Confidential
Mark Bertolini, CEO of AETNA and AETNA Insurance Company
151 Farmington Ave.
Hartford, CT 06156

Personal and Confidential
John J. Shannon, CEO of County Care and County Care Insurance Co.
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

Personal and Confidential
Alex Azar II, Secretary of U.S. Department of Health and Human Services and U.S. Department
of Health and Human Services
200 Independence Ave. SW
Room 509 F, HHH Building
Washington, DC 20201

ILND 44 (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**PLAINTIFFS** Debra Rae Wolinsky

**(b)** County of Residence of First Listed Plaintiff COOK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se (to date)

**DEFENDANTS** Aetna Insurance Companys
County Care Insurance Co.
U.S. Department of Health + Human Servi
County of Residence of First Listed Defendant Hartford County + Washington D C
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.
Cook County, IL, District of Columbia, D C
Attorneys *(If Known)* County

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Illinois, Connecticut, USA,

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | ☒ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☒ 190 Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☒ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. Previous Bankruptcy Matters** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 36 Million
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**IX. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

**X. This case** (check one box) ☒ is not a refiling of a previously dismissed action ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD Debra Rae Wolinsky, Pro Se

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

Debra Rae Wolinsky

)
)
)
)
)

Case Number:

v.

Defendant(s Aetna Insurance Co.,
rounty Care Ins. Co., United
States of Heathend Human Service

)
)
)
)

Judge:

## MOTION FOR ATTORNEY REPRESENTATION

**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1.  I, Debra Wolinsky _____, declare that I am the (check appropriate box)
    ☒ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an
    attorney. I hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
    **(NOTE: This item must be completed.)** Legal Assistance Foundation of Metropolitan
    Chicago, Chicago Volunteer Legal Services Foundation, Illinois/Home
    General, Public Interest Law Initiative Chicago Legal Highland Pro Bono, Pro Bono
    Chicago It, Legal Aid, Pro Bono Super Lawyers, Pro Bono-The Chicago Bar
    Chicago Legal Clinic www.coast buddy.com Pro Bono Service Initiative of Chicago Bar
    Chicago but I have been unable to find an attorney because: Most everyone, told me, they
    are overbooked and understaffed.

3.  I declare that (check all that apply):
    *(Now:)*
    ☒ I *am not* currently represented by an attorney requested by the Court in any federal
    criminal or civil case.

    **OR**

    ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal
    or civil case. The case is described on the back of this page.

    *(Earlier:)*
    ☐ I *have not* previously been represented by an attorney requested by the Court in any
    federal criminal or civil case.

    **OR** 1994 yr.

    ☒ I *have* previously been represented by an attorney requested by the Court in a federal
    criminal or civil case. The case is described <u>on the back of this page.</u>

4.  I declare that (check one):
    ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis*
    detailing my financial status.

    Please appoint me represenstation of Lawyer/Firm, with significant time an
    resourses to fairly go up against Behemohths and successful outco
    in similar actions

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*EXPERIENCE*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## XAppearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Wolinsky vs Aetna Insurance Co. Case Number: County Care Insurance Company, U.S. Department of Health and Human Services.)

An appearance is hereby filed by the undersigned as a <u>pro se</u> litigant:

Name: Debra Wolinsky

Street Address: 1325 N. State Pkwy #7B

City/State/Zip: Chicago, IL. 60610

Phone Number: 312-787-6322 substantial hearing loss please try e-mail, wolinsky.debra@gmail.com, text ONLY: 312-339-6322 OR fax: 312-787-7998

Signature: Debra Vae Wolinsky          Executed on (date): 8/24/18

## ~~REQUEST TO RECEIVE NOTICE THROUGH E-MAIL~~

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Wolinsky vs. Aetna Insurance Co., County Care Insurance Co. and United States Department of Health and Human Services    Case Number: _____

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Debra Wolinsky

Street Address: 1325 N. State Pkwy #7B

City/State/Zip: Chicago, IL 60610

Phone Number: 312-787-6322 substantial hearing loss please try
Email: wolinskydebra@gmail.com, text ONLY 312-339-6322 or fax 31___

Signature: _____    Executed on (date): 8/29/18

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐    I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT**

Debra Rae Wolinsky
Plaintiff

v. Aetna Ins. Company, County Care Ins. Co.,
U.S. Department of Health and Human
Defendant(s). Services.

Case Number: _____

Judge: _____

**Instructions:** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, Debra Wolinsky _____, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant ☐ (other _____) in the above-entitled case. This affidavit constitutes my application to proceed ☒ without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☒ No
   (If "No" go to question 2.)

   ID #: _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐ Yes ☒ No
   Monthly amount: _____

2. Are you currently employed? ☐ Yes ☒ No
   A. If the answer is "*yes*,"state your:
      *Monthly* salary or wages: _____
      Name and address of employer: _____

   B. If the answer is "*no*," state your:
      Beginning and ending dates of last employment: 1996-Present
      *Last monthly* salary or wages: _____

      Name and address of employer: N/A

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☒ Yes ☐ No
Property One share of General Employment value $2.20 dollars
In whose name held Debra Wolinsky Relationship to you: Self

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☒ No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No

Property: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.

_____
_____

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.

_____
_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/29/18

_____
Signature of Applicant

Debra Rae Wolinsky
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

_____
Date

_____
Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

EMERGENCY

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF

Debra Rae Wolinsky )
Plaintiff )
)
)
v. )
Aetna Insurance Company, County )   Case No.
Care Insurance Company, U.S. )
Department of Heath + Human )
Services. )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____ Date: 8/24/18

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts that is, amounts before any deductions for taxes or otherwise.*

EMERGENCY

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $1,069.00 | $ N/A |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $977.00 | $ | $ same | $ |
| Disability (past) (such as social security, insurance payments) | $0 | $0 | $0 | $ |
| Unemployment payments | $0 | $ | $0 | $ |
| Public-assistance (such as welfare) | $0 why? | $ | $0 | $ |
| Other (specify): Food Stamp | $92.00 | $ | $192.00 | $ |
| **Total monthly income:** | $1,069. | $ N/A | $1,069. | $ N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address N/A | Dates of employment N/A | Gross monthly pay |
|---|---|---|---|
| Soc sec dy disabled | | | $0 |
| | | | $0 |
| | | | $0 |

EMERGENCY

3. List your ~~spouse's~~ employment history for the past two years, most recent employer first. *(N/A)* (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $0 |
|  |  |  | $0 |
|  |  |  | $0 |

4. How much cash do you ~~and your spouse~~ *N/A* have? $2,383.91 *(but I wrote checks, that have not posted against the $, as of 8/25/18 like my rent, scheduled for 9/4/18 = $1,443.)*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has *N/A* |
|---|---|---|---|
| Chase Bank | Direct Deposit | $2,383.91 *8/25/18* | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own ~~or your spouse owns~~ *N/A*. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $0 | (Value) $0 |
|  |  | Make and year 0 |
|  |  | Model: 0 |
|  |  | Registration # 0 |

EMERGENCY

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

[ ] Yes [ ] No    If yes, describe on an attached sheet. Subject to Suckden Death, and OTHER Degenerative Diseases. (All non-contagious) life threatening and devastating.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

*If yes, how much?* $0

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Below poverty limit, State has NEVER given me cash assistance, which I need. Bedbound/Chairbound, all the time practically. Hardly leave my apt. Have to use ambulance, taxi # or even more #, pool, Lyft, Inc.

12. *State the city and state of your legal residence.*
Chicago, IL.

*Your daytime phone number:* (312) 787-6322

*Your age:* 68 this sept. 8th, 2018    *Your years of schooling:* 2 years college

*Last four digits of your social-security number:* 5776

EMERGENCY

| | | |
|---|---|---|
| *see below* | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 112.15 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food Stamps | $ 192.00 | $ |
| Clothing | $ | $ |
| Laundry and ~~dry cleaning~~ Detergent + some clothes | $ 18.00 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 40 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | N/A | |
| Motor Vehicle: | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: Rent | $ 1443 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): utilities (see above) electricity | $ 121.00 various | $ |
| **Total monthly expenses:** | $ 1,926.89 | $ |

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)
Debra Rae Wolinsky

Case Number:

Judge:

Defendant(s) Aetna Insurance Company,
Count Care Insurance Company,
U.S. Department of Heath and Human Services.

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Debra Wolinsky , declare that I am the (check appropriate box)
☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
(NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney General, Public Interest Law Initiative, Chicago Legal Aid Land Pro Bono, Pro Se Help, Chicago Bar, Chicago IL Legal Aid Pro Bono, Super Lawyers, Pro Bono-The Chicago Bar, Chicago Legal Clinic, miwecourt buddy.com, ProBonoServiceInitiative of Chicago School of Law, but I have been unable to find an attorney because: Most everyone, told me, they are overbooked and understaffed. Many more.

3. I declare that (check all that apply):
*(Now:)*
☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.

OR
☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*
☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

OR 1994 (B)
☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☒ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

Please appoint me representation of Lawyer/Firm, with significant time and
resources to fairly go up against Behemouths with successful outcomes
in similar actions.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alex Azar II., Secretary.

4. Defendant, **U.S. Department of Health & Human Services and Alex Azar II**, is
(name, badge number if known)

☒ an officer or official employed by **U.S. Department of Health and Human Services,**
(department or agency of government)
**See Defendants' list, attached.** _____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.* next page

5. The municipality, township or county under whose authority defendant officer or official

acted is **Hartford County, Hartford CT. 06156** As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about **Sept 2016 - to date** at approximately **12:01** ☒ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of **Cook**,

State of Illinois, at **325 N. State Parkway, #7B, Chicago, IL 60610**
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that
applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: **please refer to my, "in my opinion, irrefutable evidences"
of each.**

**Under Americans with Disabilities Act of 1990, let my WORKING medical alert animal
out to toilet.**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

listed, Department of Health + Human Services (sec. Alcatraz 11, no investigation or oversight) etc.

7. Defendant officer or official acted pursuant to a custom or policy of defendant *us/Aetna/Mark Bertolini, CEO) and minons listed, County Cars and it's contact minons,*
   See above and next page, please,
   municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): contrary to any existing laws and defendants' policies.

8. Plaintiff was charged with one or more crimes, specifically:
   Please charge all (more?) of my listed allegations.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows: " State Fair Hearing", Rigged, Gross Conflict of Interest, lies, false testimony, "crafted, etc. Discriminatory to max.
   ☒ Other: Please see allegations list. I believe that each is irrefutable, and in the attached evidences

   [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Documented, Evidence/Proof of all allegations, in my opinion. PLEASE, I request all maximum sanctions, penalties etc, See attachion list.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Physical injuries, attempted/attemping my murder, Neglect, every form of abuse, financial exploitation, undermining the sanctity of the United States Constitution, Fed, & State Existing Law, please see list with definitions, as I understand them.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EVIDENCE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint. (see attached allegations lists.)

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking __punitive damages.__)* Punitive damages against each the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

D. Let my medical alert working dog NOT A PET for toileting, as I no longer walk.

Plaintiff's signature: Debra Rae Wolinsky

Plaintiff's name *(print clearly or type)*: Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy #17B.

City Chicago State IL. ZIP 60610

Plaintiff's telephone number: (312) 787-6322.

Plaintiff's email address *(if you prefer to be contacted by email)*: No Cell ____@gmail.com

E. Emergency Advance of 140,000, so I can pay off loans, I need to live on since 201 For two hundred dollars a month, raise in rent, as of Oct 1, 2018, Pay for emergency CNA's nurse, more medical supplies etc. etc. etc.

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

I cannot remember. Maybe 1994? Lance Chavin, (minor) by Mother and next friend: Debra Wolinsky

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/24/19

Signature of Applicant

Debra Rae Wolinsky
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

_____
Date

_____
Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____          _____
(BY) DEPUTY CLERK                                              DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of U.S. Department of Health and Human Serv
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John J. Shannon, CEO of County Care and County Care Insurance
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
) DEPUTY CLERK

_____
DATE

8/25/18 MR

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | 1 | tablet |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

**MEDICAL HISTORY -- Debra Wolinsky**

Prior; Deceased WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe – DR. Richard Davison.
X Brain Cavernomas (two)  Dr. Bennet
X Morbid Obesity Disease, NIH, CDC, American, Medical Association etc.
X Hypertension DR. O'Connor
X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital
X Major Depressive Disorder DR. Daniel Busch
X Asthma - Severd DRs.
X Anxiety DR. Daniel Busch
X Stage 1 Kidney Failure DR. Sean O'Connor
X Vitamin D Deficiency – Homebond, bedbond, DR. O'Connor 3X greater risk of stroke/heart attack
X Hyperlipidema DR. O'Connor
X Espphageal Reflux – DR. Gerald Berkowitz
X Permanently ruptured right tibila tendon, inoperable DR. Armen Kelekian World Famous
X Painful cyst on bottom right foot, inoperable DR. Florence OusK-Griffin
X Gerd several doctors and ER at Northwestern Memorial.
X Gout DR. Gerald Berkowitz
X Spinal Stenosis- Northwestern Hospital, has X-RAys, other doctors affialed.
X Sciatica DR. Dao Hurley
X Carpel Tunnel Syndrome DR. Harris Dr. Wendlistch Gerald?
X Hearing loss - progressive, now substantial, both ears.
X Cataracts -- need surgery too risky for me.
X Jaw surgeries – seven, DR. Nolan Levine.
X Diabetes 2 DR. O'Connor
X Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian Flu DR. Daniel S. Bell still Harvard or?
X inoperable ruptured right tibial tendon It was my acute incident, in 1969 (?) It was
X Severe incontenince (60 mg. Lasix daily) the first of my M.E. "Incline Village Outbreak" has
X Opiod induced constipation deteriorated substantially, since 1969! I am mostly

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You say you relied upon a DR. of Papers, to evaluate me! You have no witness, to have "seen" me perform ADL's! You cannot even refute my medical proof!! M.E. waxes + wanes! Your action/inaction are either physically IMPossible for me or exercisingly painful causing further Damage!

⑦

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
***Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right Tibial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-<u>**Scarring**</u>, **Bone loss** and D- Housebound/No caregiver, /stroke.
**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **<u>anyone</u>** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **<u>GOOGLE</u>** the prescriptions. Also **rub** vitamin A 2 x daily on my large scarred area; doctors **<u>orders</u>**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised

**MEDICAL HISTORY – Debra Wolinsky**

Prior) deceased WORLD Renowned W Dudley Johnson

x Aortic insufficiency, moderate/severe – Dr. Richard Davison.
x Brain Cavernomas (two) Dr. Bennet
x Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
x Hypertension Dr. O'Connor
x Sleep Apnea Sleep Studies – Northwestern Memorial Hospital
x Major Depressive Disorder Dr. Daniel Busch
x Asthma – Several Drs.
x Anxiety Dr. Daniel Busch
x Stage 1 Kidney Failure Dr. Sean O'Connor
x Vitamin D Deficiency – Housebound, bedbound, Dr. O'Connor 3xgreater risk of stroke/heart attack
x Hyperlipidema Dr. O'Connor
x Espphageal Reflux – Dr. Gerald Berkowitz
x Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelekia World famous
x Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
x Gerd several doctors and ER at Northwestern Memorial.
x Gout Dr. Gerald Berkowitz
x Spinal Stenosis – Northwestern Hospital, has x-rays, other doctors affilied.
x Sciatica Dr. Dan Hurley
x Carpel Tunnel Syndrome Dr. Harris, Dr. Wend, Gerald? [neurologist]
x Hearing loss – progressive, now substantial, both ears.
x Cataracts – need surgery too risky for me.
x Jaw surgeries – seven, Dr. Nolan Levine.
x Diabetes 2 Dr. O'Connor
x Myalgic Encephalomitis for almost 50 years, First missed true diagnosis, said "Asian Flu" [Dr. Daniel S. Bell, still Harvard or?]
x inoperable ruptured right tibial tendon It was my acute incident, in 1969 (?) It has
x Severe inconteninence (60 mg. Lasix daily) The first of my M.E. "Incline Village Outbreak", has
x opiod induced constipation deteriated substantially, since 1969! I am mostly
Shingles Shingles
Herpies zoster2 Herpes Zoster2

bedbound chairbond, housebound, 98-99% most of time! You have Not
even Read my submitted, adnauseum, medical information, including
my "bright spots shown in brain scans, associated as markers for some
M.E. patients. READ THIS!!! You NEVER NEVER have!!! It
PROVES my previously submitted medical records. You?
Say you relied upon a Dr. of Papers, to evaluate me?
You have no witness, to have "seen" me perform ADLs.
You cannot even refute my medical proof!! M.E. Waxes + Wanes!
Your action/inaction are either physically IMPOSSIBLE for me or excruciatingly painful
⑦

# For People Who Are Deaf or Have Hearing

**Loss** *Substantial Hearing Loss, both ears, me.*

Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as Skippy.*



Our Goals • Advocacy • Site Map

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

!! BULLETIN !!

Sign the Petition!
Stop the HHS-IOM contract
and
Accept the CCC Definition of M.E.

Thank you,
M.E. Advocates!

**Redefinition conflict**
*in the news...*

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
**What is ME?**

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine



**Research**
In The Spotlight

*Many ways you can*
*Contribute to Research...*

Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM



Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
*A must for every health care professional!*

**TABLE OF CONTENTS**

**ME & cfs Explained**
**Pages**

M.E. or cfs ?
Symptoms List
Test Abnormalities
Patient Resources
Doctor Resources

**Definitions**
**Pages**

http://www.name-us.c



*Not someone whatkas had it for 50 years*

**INTRODUCTION TO M.E.**

+ MYALGIC (muscle pain)
+ ENCEPHALO (relating to the brain)
+ MYEL (relating to the spinal cord)
+ ITIS (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= **Brain and spinal cord inflammation with associated muscle pain**

OVERVIEW

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The unrelenting pain, cognitive impairment and exhaustion of ME are often literally unbearable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and 47.8 respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 – See Kennials). Direct and indirect costs to society (US): $18-$24 billion annually.

*Look! I am 67*

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in Diseases of the Nervous System of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, 93.3 (323.9 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET scans, natural killer cell function tests, 2-day cardiopulmonary exercise testing, tilt table testing, 24-hour Holter monitoring, and serial exercise tests. Infectious onset is most commonly observed. The hallmark symptom is Post-Exertional Neuroimmune Exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Remark)

TREATMENT

**Research Category Pages**

About Our Banner Images

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. John Chia

"Hope becomes irrelevant... It's much more 'endurance' – hoping you'll get through 1 day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby,
Director, Young ME Sufferer's Trust, 2011 Shropshire HE Group Conference

Please donate if you can:

*Not "somewhat" of for almost 2 years*

*Dont go:*

*fifty – 50 years, bad and worse," wakes and worse waries" I only have bad to worse*

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the right sidebar of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

From the Editors, June 2010: We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME & cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

National Alliance for Myalgic Encephalomyelitis · http://www.name-us.org

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
-Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

Blood Donation Bans

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body parts and organs A curse on anyone who gets your orga-

Background image:
Natural Killer Cells
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- (ME)

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten note: "1/ 1919 Asian Flu"]*

*[handwritten note: "Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada I went to college on South Shore " " ; California"]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS
even though they may have had a variety of conditions and experienced different symptoms.
CFS eventually evolved into a larger disease designation that overlapped with myalgic
encephalomyelitis. Consequently, some researchers, patients, government organizations, and
other organizations began to use the terms interchangeably or with the combined acronym
ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the
illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want
to reclassify these individuals as having myalgic encephalomyelitis. Other researchers,
physicians, and many ME patient advocacy groups have argued against this change, noting that
myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that
includes measurable abnormal changes in the brain and central nervous system. Individuals who
meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS
should be reserved for individuals who fail to meet the more stringent criteria for myalgic
encephalomyelitis and in whom no other underlying disorder or condition can be identified.
Many patients who have been diagnosed with CFS would meet the more stringent criteria for
myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an
underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed
with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another
condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again,
because of the lack of a clear, agreed upon definition of the disorder, different medical sources
list different symptoms as being associated with ME. Most sources describe ME as a distinct
neurological disorder that can affect multiple systems of the body. Symptoms and their severity
can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decade, headblow*

The symptoms discussed below have been associated with different case definitions of ME. It is
important to note that ME is highly variable and can affect individuals differently in regard to
severity, progression, and specific symptom development. Most individuals will not have all of
the symptoms discussed below. *Since 1969 | Almost 50 years!*

*a patient, not Hopkins*

Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized*
infection phase. Affected individuals may have an infectious disease with an incubation period of
approximately four to seven days. Other cases may follow a more gradual onset. Closely
following this initial phase is a second phase known as the chronic phase. This second phase
usually occurs two to seven days after the initial infection and is characterized by measurable
widespread (diffuse) changes in the central nervous system, which are thought to be the result of
an infection invading the nervous system (encephalitis), or the immune system attacking the
brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a
result of brain inflammation which damages or destroys the nerve cells and/or the support tissue
in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name*
*/ for devistating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades, headslvr!*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50years!*

*patient,* *toc Hosp.k* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Serviceclog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

---

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. not a pet! Working dog.

Sincerely,

Name of Doctor

---

# for a service dog

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

_____
V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John J. Shannon, CEO of Canty Core and Canty Core Insurancel
1900 w Polk St.
Suite 220 C
Chicago, IL 60612

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
) DEPUTY CLERK

_____
DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of US. Department of Health and Human Serve
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____          _____
) DEPUTY CLERK                              DATE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carpel )
Tunnel in both wrists.            **Plaintiff(s),** )
Keyboard and computer vs. illiterate. Alone )
                                                )      **Case No.**
Aetna Insurance Co. (Mark Bertolini, CEO) )
County Care (John Jay Shadnon) U.S. Department )
of Health and Human Services (Alex Azar II) )
                **Defendant(s).**               )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear
manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs
may not apply to you. You may cross out paragraphs that do not apply to you. All references
to "plaintiff" and "defendant" are stated in the singular but will apply to more than one
plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

        laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.      Plaintiff's full name is Debra Rae Wolinsky                                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff
and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carpel )
Tunnel in both wrists. **Plaintiff(s),** )
Keyboard and computers. illiterate. Alone.)
vs. )              **Case No.**
)
Aetna Insurance Co, (Mark Bertolini, CEO) )
County Care (John Jay Shadnar) U.S. Department )
of Heath and Human Services (Alex Azure II) )
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is Debra Rae Wolinsky

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Debra Rae Wolinsky severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carp )
Tunnel in both wrists. **Plaintiff(s),** )
Keyboard and computer vs. illiterate. Alone.) )
                                                )      **Case No.**
Aetna Insurance Co, (Mark Bertolini, CEO) )
County Care (John Jay Shannon) U.S. Department )
of Health and Human Services (Alex Azar II) )
                **Defendant(s).**              )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

      laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is Debra Rae Wolinsky                                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing, I have tremors and Carpy )
Tunnel in both wrists. Plaintiff(s), )
Keyboard and computer illiterate. Alone vs. )
)
Case No. _____
)
Aetna Insurance Co, (Mark Bertolini, CEO) )
County Care (John Jay Shannon) CEO U.S. Department )
of Health and Human Services (Alex Azure II) )
Defendant(s). secretary )

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.   This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

     laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.   The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.   Plaintiff's full name is Debra Rae Wolinsky _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing, I have tremors and carpy )
Tunnel in both wrists. **Plaintiff(s),** )
Keyboard and computer vs. illiterate, Alone )
)
                                                    ) **Case No.**
Aetna Insurance Co,(Mark Bertolini, CEO) )
County Care(John Jay Shannon) CEO U.S. Department )
of Heath and Human Services(Alex Azure II) secretary )
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

        laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.      Plaintiff's full name is Debra Rae Wolinsky                                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Debra Rae Wolinsky severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carp )
Tunnel in both wrists. **Plaintiff(s),** )
Keyboard and computers. illiterate. Alone ) vs. )
) **Case No.**
Aetna Insurance Co.(Mark Bertolini, CEO) )
County Care(John Jay Shadron) Insurance Company cup )
of Heath and Human Services(Alex Azure II) U.S.Department )
Secretary )
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.     This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

      laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.     The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.     Plaintiff's full name is Debra Rae Wolinsky                            .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Emergency

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing, I have tremors and Carpol )
Tunnel in both wrists. **Plaintiff(s)**, )
Keyboard and computers illiterate. Alone ) vs.
)
Aetna Insurance Co,(Mark Bertolini, CEO) )
County Care, John Jay Shannon, U.S. Department )
of Heath and Human Services (Alex Azure II) )
**Defendant(s).** )

**Case No.**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Debra Rae Wolinsky.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

 **CountyCare** HEALTH PLAN   **Managed Long-Term Service & Supports**

**Member Name:** Debra R Wolinsky
**Medicaid ID#:** 090693284 ← *corrected #*
**Effective Date:** 01/01/2018

If you have an emergency, call 911 or go to the nearest emergency department (ED). You do not have to contact CountyCare for an okay before you get emergency services. If you are not sure whether you need to go to the ED, call your PCP or CountyCare's nurse line at 312-864-8200 / 855-444-1661 (toll-free) / 711 (TDD/TTY). The nurse line is open 24 hours a day.

**Members:**
Member Services & 24/7 Nurseline:
312-864-8200 / 855-444-1661 (toll-free)
TDD/TTY: 711
Transportation: 630-403-3210

**Providers:**
24/7 IVR Eligibility Inquiry and Prior Auth:
312-864-8200 / 855-444-1661

First Transit Help Desk: 630-403-3210

**Provider claims and EFT/ERA information via web:**
www.CountyCare.com

**Payer ID#:** 06541

**Medical and Behavioral Health Claims:**
CountyCare
Attention: CLAIMS
PO Box 3727
Corpus Christi, TX 78463

 CountyCare
HEALTH PLAN    **Managed Long-Term Service & Supports**

**Member Name:** Debra R Wolinsky
**Medicaid ID#:** 090693284 ⟵ *corrected* #
**Effective Date:** 01/01/2018

If you have an emergency, call 911 or go to the nearest emergency department (ED).
You do not have to contact CountyCare for an okay before you get emergency
services. If you are not sure whether you need to go to the ED, call your PCP or
CountyCare's nurse line at 312-864-8200 / 855-444-1661 (toll-free) / 711 (TDD/TTY).
The nurse line is open 24 hours a day.

**Members:**
Member Services & 24/7 Nurseline:
312-864-8200 / 855-444-1661 (toll-free)
TDD/TTY: 711
Transportation: 630-403-3210

**Providers:**
24/7 IVR Eligibility Inquiry and Prior Auth:
312-864-8200 / 855-444-1661

First Transit Help Desk: 630-403-3210

**Provider claims and EFT/ERA information via web:**
www.CountyCare.com

**Payer ID#:** 06541

**Medical and Behavioral Health Claims:**
CountyCare
Attention: CLAIMS
PO Box 3727
Corpus Christi, TX 78463

 

**CountyCare**
HEALTH PLAN
P.O. Box 803758, Chicago, IL 60680

February 5, 2018

532733 999 01 000497 01 NNNNNN
Debra Wolinsky
1325 N State Pkwy Apt7b
Chicago, IL 60610

Dear Debra R Wolinsky

CountyCare welcomes you! CountyCare is a Medicaid health plan run by the Cook County Health & Hospitals System. Our job is to help keep you healthy.

CountyCare Managed Long Term Services & Supports (MLTSS) members have access to a large network, including waiver providers and long-term care facilities across Cook County.

As a member of CountyCare, you are in the health plan that has:
• A choice of Home and Community Based Services and long-term care providers
• A team to help you live healthy
• A 24/7 Nurse Advice Line
• Ways for you to share your views of the plan and your care

We will call you in the next 30 days to welcome you to the plan. We will answer your questions and ask you about your health history and needs.

You can also call us. Member Services can be reached at 312-864-8200 or toll free at 855-444-1661, Monday through Friday from 8:00am to 6:00pm, Central Time.

Our website is www.countycare.com. It has a lot of information for members to get the most out of their benefits.

You have 90 days from your CountyCare start date to change your MLTSS health plan. If you wish to change plans, call Illinois Client Enrollment Services at 877-912-8880 (TTY) 866-565-8576.

You will be notified by Illinois Client Enrollment Services of your next chance to pick a plan. To learn more about your health plan choices, contact Illinois Client Enrollment Services at 877-912-8880 or visit enrollhfs.illinois.gov.

Thank you again for being a CountyCare member. We are happy to have you in our plan.

Sincerely,
CountyCare Health Plan

*Put in Purse - throw out old*
*(Put in 1 File)*

*Fax OR EMail Walgreens, Doctors, Hospital*

3/25/18 MW

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Buproplon XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazepam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | 1 | tablet |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | | 1 | |
| Eat Fiber One | | 1 | per night |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | | 1 tablet |
| Zolpidem | 5 mg | | 1.75 tablets per night |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |



**MEDICAL HISTORY – Debra Wolinsky**

Prior) deceased WORLD
Renowned W Dudley Johnsito

X Aortic insufficiency, moderate/severe – Dr. Richard Davison

X Brain Cavernomas (two)   Dr. Bennet

X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies – Northwestern Memorial Hospital

X Major Depressive Disorder DR. Daniel Busch

X Asthma – severe Drs.

X Anxiety DR. Daniel Busch

X Stage 1 Kidney Failure DR. Sean O'Connor

X Vitamin D Deficiency – Homebound, bedbound, DR. O'Connor – 3X greater risk of stroke/heart attack

X Hyperlipidema DR. O'Connor

X Esophageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibia tendon, inoperable Dr. Armen Kelekian world Famous

X Painful cyst on bottom right foot, inoperable Dr. Florence Dusk-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout DR. Gerald Berkowitz

X Spinal Stenosis – Northwestern Hospital, has X-Rays, other doctors, affidated.

X Sciatica DR. Dan Hurley

X Carpel Tunnel Syndrome Dr. Harris, Dr. Gerald? Wendisith

X Hearing loss – progressive, now substantial, both ears.

X Cataracts – need surgery too risky for me.

X Jaw surgeries – seven, DR. Nolen Levine.

X Diabetes I DR. O'Connor

X Myalgic Encephalomelitis for almost 50 years, First missed DR. Daniel S. Bell, still Harvard or? true diagnosis, said "Asian Flu

X inoperable ruptured right tibial tendon It was my acute incident, onset in 1969 (?) It was "Idine Village Outbreak" the first of my M.E.

X Severe incontenince (60 mg. Lasix daily) deteriorated substantially, since 1969! I am mostly

X Opiod induced constipation intrids. presystem

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! You NEVER have!!! It PROVES my previously submitted medical records. You say you relied upon a DR. of Papers, to evaluate me. You have no witness, to have "seen" me perform ADLS. You cannot even refute my medical proof!! M.E. Waxes & wanes causing further Damages! Your action in action are either physically IMPOSSIBLE for me or exercisingly painful ⑦

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
***Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-<u>**Scarring**</u>, **Bone loss** and D- Housebound/No caregiver, /stroke.
<u>**Prescribed, L-Methofolate, Vitamin A**</u> to swallow for bone loss, Vitamin B Complex for <u>**anyone**</u> who takes SAM—E, I have <u>**prescriptions,**</u> Vitamin D Prescribed, for my severe deficiency, and <u>**multiplied**</u> chance of stroke and heart attack by <u>**3**</u> times. <u>**GOOGLE**</u> the prescriptions. Also <u>rub</u> vitamin A 2 x daily on my large scarred area; doctors <u>**orders**</u>.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised

**MEDICAL HISTORY — Debra Wolinsky**

Prior [?] deceased WORLD renowned W Dudley Johnson [?]

- X Aortic insufficiency, moderate/severe — Dr. Richard Davison-
- X Brain Cavernomas (two) Dr. Bennet
- X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
- X Hypertension DR. O'Connor
- X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital
- X Major Depressive Disorder DR. Daniel Busch
- X Asthma - Severe Dr.
- X Anxiety DR. Daniel Busch
- X Stage 1 Kidney Failure DR. Sean O'Connor
- X Vitamin D Deficiency - Homebound, bedbound, Dr. O'Connor- 3x greater risk of stroke/heart attack
- X Hyperlipidemia DR. O'Connor
- X Esophageal Reflux - Dr. Gerald Berkowitz
- X Permanently ruptured right tibia tendon, inoperable Dr. Armen Kelekian WorldFamous
- X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
- X Gerd several doctors and ER at Northwestern Memorial.
- X Gout DR. Gerald Berkowitz
- X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors afficted.
- X Sciatica DR. Dan Hurley
- X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendt Gerald? Jist
- X Hearing loss - progressive, now substantial, both ears.
- X Cataracts -- need surgery too risky for me.
- X Jaw surgeries ~ seven, Dr. Nolan Levine.
- X Diabetes 2 DR. O'Connor
- X Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian Flu DR. Daniel S. Bell, still Harvard or? It was my acute incident, in 1969 (?) It was
- X inoperable ruptured right tibial tendon -
- X Severe incontenince (60 mg. Lasix daily) the first of my M.E. "Icline Village OurBreak"
- X opied induced constipation deteriated substantially since 1969! I am mostly
- Shingles Shingles
- Herpies Zoster 2 Herpes Zoster 2

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a DR. of papers, to evaluate me? You have no witness, to have "seen" me perform ADL's, ME, waxes + wanes, you cannot ever refute my medical proof!! M.E. waxes + wanes, your action/inaction are either physically IMPOSSIBLE for me or excruciatingly painful

(7)

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me-*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) KIPPY.*

Our Goals • Advocacy • Site Map



"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

!! BULLETIN !!

Sign the Petition:

**Stop the HHS-IOM contract**

and

**Accept the CCC Definition of M.E.**

Thank you,
M.E. Advocates!

**Redefinition conflict**
in the news...

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



**Research**
In The Spotlight

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

Many ways you can
Contribute to Research...



Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM

Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
A must for every health care professional!

**TABLE OF CONTENTS**

ME & cfs Explained
Pages



Definitions
Pages



http://www.name-us.c

*↑ Not someone who's had it for 50 years*

Research Category Pages

## INTRODUCTION TO M.E.

+ MYALGIC (muscle pain)
+ ENCEPHALO- (relating to the brain)
+ -MYEL- (relating to the spinal cord)
+ -ITIS (inflammation)
= MYALGIC ENCEPHALOMYELITIS

= **Brain and spinal cord inflammation with associated muscle pain**

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The neurological, cognitive impairment and exhaustion of ME are often literally incapacitating. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span 58.7 and 47.8 respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 - See ...). Direct and indirect costs to society (US): $18 - 53 billion annually.

*Not "somewhat" ... for almost 3 years*

*Look! I am 67!*

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in Diseases of the Nervous System of the ICD 10 (World Health Organization International Classification of Diseases), current diagnostic code, G93.3 (323.9 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET scans, natural killer cell function test, tilt table test, the Romberg test, 24hr Holter monitor, VO2 max, and Serial Exercise Tests. Infectious onset is most commonly observed. The hallmark symptom is Post-Exertional Neuroimmune Exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, is also common. Orthostatic intolerance (symptoms worsen in an upright position) is common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Romberg)

### TREATMENT

*almost*
*fifty — 50 years, bad and worse", waxes and wanes" I only have ↑ bad to worse*

About Our Banner Images

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. Deborah Waroff

"Hope becomes irrelevant... It's much more 'endurance' - hoping you'll get through it day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby, Director, Young ME Suffer's Trust, 2011 Shropshire ME Group Conference

*Do not go...*

Please share if you can:

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that Myalgic Encephalomyelitis (ME) is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the _____ of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

**From the Editors, June 2010:** We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
**April 16, 1954 - September 9, 2013**

RCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME & cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

F 5

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

**Blood Donation Bans** XXX
**Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.**

Background image:
**Natural Killer Cells**
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

Body parts
and organs
A curse on
anyone who
gets your orga

f5

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten: " 1969 Asian Flu ]*

*[handwritten: Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada
I went to college on South Shore " California]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was x

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1967, Almost 50 years!*

*A patient, not Her pt.* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wrong name / for devestating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades decade*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969 | Almost 50 years!*

*1 patient, not Hep.K.* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Serviredog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

3/26/18 MW

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | 1 | tablet |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

**MEDICAL HISTORY – Debra Wolinsky**

Prior) deceased WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe – Dr. Richard Davison.
X Brain Cavernomas (two) Dr. Bennet
X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
X Hypertension DR. O'Connor
X Sleep Apnea Sleep Studies – Northwestern Memorial Hospital)
X Major Depressive Disorder DR. Daniel Busch
X Asthma – Severe Drs.
X Anxiety DR. Daniel Busch
X Stage 1 Kidney Failure DR. Sean O'Connor
X Vitamin D Deficiency – Homebond, bedbond, DR. OConnor- 3X greater risk of stroke/heart attack
X Hyperlipidema DR. OConnor
X Esphageal Reflux – DR. Gerald Berkowitz
X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelekian World Famous
X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
X Gerd several doctors and ER at Northwestern Memorial.
X Gout DR Gerald Berkowitz
X Spinal Stenosis – Northwestern Hospital, has X-Rays, other doctors, affictated.
X Sciatica DR. Dan Hurley.
X Carpel Tunnel Syndrome DR. Harris, DR. Wendsistich Gerald?
X Hearing loss – progressive, now substantial, both ears.
X Cataracts – need surgery too risky for me.
X Jaw surgeries – seven, DR. Nolan Levine.
X Diabetes I DR. O'Connor
X Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian Flu DR. Daniel S. Bell, still Harvard or?
X inoperable ruptured right tibial tendon. It was my acute incident, in 1969 (?) It was the first of my M.E. "Icline Village Outbreak"
X Severe incontenince (60 mg. Lasix daily)
X initial opioid induced constipation deteriated substantially, since 1969! I am mostly

bedbound chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauscum, medical information, including my "bright spots shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! You NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's. You cannot even refute my medical proof! M.E. waxes + wanes! Your action in action are either physically IMPossible for me or excruciatingly painful! Causing further Damages!

(7)

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – Debra Wolinsky**

Aortic Insufficiency, Moderate/Severe **–SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout–**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
***Myalgix Encephalomyelitis—D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-**Scarring**, **Bone loss** and D- Housebound/No caregiver, /stroke.
**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** vitamin A 2 x daily on my large scarred area; doctors **orders**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised 8/18/18

**MEDICAL HISTORY — Debra Wolinsky**

Prior, accessed World renowned W Dudley Johnson

x Aortic insufficiency, moderate/severe – Dr. Richard Davison.
x Brain Cavernomas (two)   Dr. Bennet
x Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
x Hypertension DR. O'Connor
x Sleep Apnea Sleep Studies – Northwestern Memorial Hospital
x Major Depressive Disorder DR. Daniel Busch
x Asthma – Several Drs
x Anxiety DR. Daniel Busch
x Stage 1 Kidney Failure DR. Sean O'Connor
x Vitamin D Deficiency – Homebound, bedbound, Dr. O'Connor 3x greater risk of stroke/heart attack
x Hyperlipidema DR. O'Connor
x Esophageal Reflux – Dr. Gerald Berkowitz
x Permanently ruptured right tibila tendon, inoperable  Dr. Armen Kelekian World Famous
x Painful cyst on bottom right foot, inoperable  Dr. Florence Ousk-Griffin
x Gerd several doctors and ER at Northwestern Memorial.
x Gout DR Gerald Berkowitz
x Spinal Stenosis – Northwestern Hospital, has X-Rays, other doctors affided.
x Sciatica DR. Dao Hurley
x Carpel Tunnel Syndrome Dr. Harris, Dr. Wendelist (Gerald?)
x Hearing loss – progressive, now substantial, both ears
x Cataracts – need surgery too risky for me.
x Jaw surgeries – seven, DR. Nolan Levine,
x Diabetes 2  DR. O'Connor
x Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian Flu (DR. Daniel S. Bell, still Harvard oa?)
x inoperable ruptured right tibial tendon  It was my acute incident ⊂ 1969 (?) It was the first of my M.E. Icldine Village Outbreak"
x Severe incontenince (60 mg. Lasix daily)  the first of my M.E. Icldine Village Outbreak"
x Opiod induced constipation  deteriorated substantially, since 1969! I am mostly
Shingles Shingles
Herpies Zoster 2 Herpes Zoster 2

bedbound, chairbond, housebound, 98-99%, most of time! You have Not even Read my submitted, ad nauseum, medical information, including M.E. patients READ THIS!!! you Attempt NEVER have.!!! It my "bright spots" shown in brain scans, associated as markers for some PROVES my previously submitted medical records. You Say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's. You cannot ever refute my medical proof!! M.E. Waxes + Wanes, your action/inaction are either physically IMPossible for me or excruciatingly painful ⑦

# For People Who Are Deaf or Have Hearing
## Loss *Substantial Hearing Loss, both ears, me-*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) Kippy.*

Our Goals • Advocacy • Site Map

**!! BULLETIN !!**

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
*2012 ICC Physician's Primer*

# National Alliance
## for
## Myalgic Encephalomyelitis

NAME-us.org

Sign the Petition

**Stop the HHS-IOM contract**

and

**Accept the CCC Definition of M.E.**

Thank you,
M.E. Advocates!

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

**Redefinition conflict**
*In the news...*

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



**Research**
In The Spotlight

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

*Many ways you can*
Contribute to Research...

---

Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
International Consensus Criteria

 [2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM

Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
*A must for every health care professional!*

---

**TABLE OF CONTENTS**

**ME & cfs Explained**
**Pages**



**Definitions**
**Pages**



http://www.name-us.c

*Not someone whatkes had it for 50 years*

Research Category
Pages

## INTRODUCTION TO M.E.

+ MYALGIC          (muscle pain)
+ ENCEPHALO       (relating to the brain)
+ MYEL            (relating to the spinal cord)
+ ITIS            (inflammation)
= MYALGIC ENCEPHALOMYELITIS

= **Brain** and spinal cord inflammation with associated muscle pain

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial disease, and cancer. The unrelenting pain, cognitive impairment and exhaustion of ME are often literally unspeakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span 58.7 and 47.8 respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 - See website). Direct and indirect costs to society (US): $18 - $24 billion annually.

*Look! I am 67*

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

*Not "somewhat ...d for a] most 2 years*

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in diseases of the nervous system of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, G93.3 (323.9 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET brain imaging, tilt table test, and Serial Exercise tests. Infectious onset is most commonly observed. The hallmark symptom is Post-Exertional Neuroimmune Exhaustion terms: post-exertional major exacerbation of symptoms) (PENE, in lay from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (see Ramsay)

### TREATMENT

#### About Our Banner Images

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. Daniel Peterson

"Hope becomes irrelevant.... It's much more 'endurance' - hoping you'll get through a day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby, Director, Young ME Suffer's Trust, 2011 Shropshire ME Group Conference

*Don't go*

Please donate if you can:

*fifty — 50 years, bad and worse, waxes and wanes* I only *have bad to worse*

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that Myalgic Encephalomyelitis (ME) is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the upper appear of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

**From the Editors, June 2010:** We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

Blood Donation Bans   XXX

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body parts
and organs
A curse on
anyone who
gets your orga

Background image:
Natural Killer Cells
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- (ME)

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten annotation: "1919 Asian Flu"]*

*[handwritten annotation: "Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada I went to college on South Shore " , California"]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was



known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades!*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*A patient, not Hospit.* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.

*wimy name / for devestating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades ???!!!*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*1 patient, not Hospitalized*

Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Serving dog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

3/25/18 MPV

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazepam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | | 1 tablet |
| Zolpidem | 5 mg | | 1.75 tablets per night |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

**MEDICAL HISTORY – Debra Wolinsky**

Prior(s) deceased WORLD
Renowned w Dudley Johnson

X Aortic insufficiency, moderate/severe – Dr. Richard Davison.

X Brain Cavernomas (two)  Dr. Bennet

X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital

X Major Depressive Disorder DR. Daniel Busch

X Asthma – severe Dr.

X Anxiety DR. Daniel Busch

X Stage 1 Kidney Failure Dr. Sean O'Connor

X Vitamin D Deficiency – Homebond, bedbond, Dr. OConnor 3Xgreater risk of stroke/heart attack

X Hyperlipidema DR. OConnor

X Espphageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelikian world famous

X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout DR Gerald Berkowitz

X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors, afficted.

X Sciatica Dr. Dan Hurley

X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendt, Gerald?

X Hearing loss – progressive, now substantially both ears.

X Cataracts – need surgery too risky for me.

X Jaw surgeries ~ seven, Dr. Nolan Levine.

X Diabetes i  Dr. O'Connor

X Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian Flu Dr. Daniel S. Bell still Harvard or?

X inoperable ruptured right tibial tendon  It was my acute onset incident, in 1969 (?) It has

X Severe inconteninnce (60 mg. Lasix daily) the first of my M.E." Iodine Village Outbreak"

X Opiod induced constipation deteriorated substantially, since 1969! I am mostly

bedbound, chair bond, housebound, 98-99%, most of time! You have Not
even Read my submitted ad nauseum, medical information, including
my "bright spots shown in brain scans, associated as markers for some
M.E. patients. READ THIS!!! you NEVER NEVER have!!! It
PROVES my previously submitted medical records. You
say you relied upon a DR. of papers, to evaluate me.
you have no witness, to have "seen" me perform ADL's.
You cannot even refute my medical proof!! M.E. waxes + wanes
causing your action in action are either physically IMPOSSIBLE for me or excruciatingly painful
further Damages!

⑦

D=Deadly
SD=Sudden Death
P=Pain

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
\*\*\*Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right Tibial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-**<u>Scarring</u>**, **Bone loss** and D- Housebound/No caregiver, /stroke.
**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **<u>anyone</u>** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **<u>multiplied</u>** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **<u>rub</u>** vitamin A 2 x daily on my large scarred area; doctors **<u>orders</u>**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised __ __

**MEDICAL HISTORY – Debra Wolinsky**

Prior) Decessed WORLD
renowned W Dudley Johnson ?

X Aortic insufficiency, moderate/severe – Dr. Richard Davison-
X Brain Cavernomas (two)  Dr. Bennet
X Morbid Obesity Disease, NIH, CDC, American Medical Association, etc.
X Hypertension DR. O'Connor
X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital)
X Major Depressive Disorder DR. Daniel Busch
X Asthma – Severe DRs
X Anxiety DR. Daniel Busch
X Stage 1 Kidney Failure DR. Sean O'Connor
X Vitamin D Deficiency – Homebound, bedbound, Dr. O'Connor- 3x greater risk of stroke/heart attack
X Hyperlipidema DR. O'Connor
X Esophageal Reflux – Dr. Gerald Berkowitz
X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelekian - World Famous
X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
X Gerd several doctors and ER at Northwestern Memorial.
X Gout DR Gerald Berkowitz
X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors affided.
X Sciatica DR. Dan Hurley
X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendlist Gerald?
X Hearing loss – progressive, now substantial, both ears.
X Cataracts -- need surgery too risky for me.
X Jaw surgeries – seven, DR. Nolan Kevine,
X Diabetes 2 DR. O'Connor
X Myalgic Encephalomelitis DR. Daniel S. Bull, still Harvard or?
X inoperable ruptured right tibial tendon 50 years, First missed true diagnosis, said "Asian Flu
X Severe incontenince (60 mg. Lasix daily) It was my acute incident, in 1969 (?) It has
X Opioid induced constipation deteriorated substantially, since 1969, I am mostly
Shingles Shingles the first of my M.E. "Incline Village Outbreak"
Herpies Zoster2 Herpes Zoster 2

bedbound, chairbond, housebound, 98-99%, most of time! You have Not
even Read my submitted, adnauseum, medical information, including
my "bright spots shown in brain scans, associated as markers for some
M.E. patients. READ THIS!!! you NEVER have!!! It
PROVES my previously submitted medical records, You?
Say you relied upon a DR. of Papers, to evaluate me?
You have no witness, to have "seen" me perform ADL's,
You cannot even refute my medical proof!! M.E. Waxes + Wanes,
Your action/inaction are either physically IMPOSSIBLE for me or excruciatingly painful

(7)

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me-*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) KIPPY.*

Our Goals • Advocacy • Site Map

!! BULLETIN !!

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

# National Alliance for Myalgic Encephalomyelitis

NAME-us.org

Sign the Petition!

Stop the HHS-IOM contract

and

Accept the CCC Definition of M.E.

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

Thank you,
M.E. Advocates!

Redefinition conflict
In the news...

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

Research
In The Spotlight

*Many ways you can
Contribute to Research...*

---

**Journal of Internal Medicine
July 2011**

Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM



Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

**International Consensus Panel**
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

**October 2012**
*A must for every health care professional!*

---

**TABLE OF CONTENTS**

**ME & cfs Explained
Pages**

M.E. or cfs ?
Symptom List
Test Abnormalities
Patient Resources
Doctor Resources

**Definitions
Pages**

http://www.name-us.(



*Not someone who has had it for 50 years*

Research Category
Pages

## INTRODUCTION TO M.E.

+ (muscle pain)
+ (relating to the brain)
+ (relating to the spinal cord)
+ (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= **Brain** and spinal cord inflammation with associated muscle pain

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a _chronic degenerative neuro-immune disease_ described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The debilitating pain, cognitive impairment and exhaustion of ME are often literally unspeakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7) and (47.8) respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 - See ). Direct and indirect costs to society (US): $18-$24 billion annually.

*Not "somewhat functional for almost 2 years"*

*Look! I am 67!*

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, _bacterial infection_, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in diseases of the nervous system of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, (323.9 in the US). Just a few among many tests that can show the effects of ME are: , The hallmark symptom is Post-Exertional Neuroimmune Exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, is also common. Orthostatic intolerance (symptoms worsen in an upright position), can cause PENE. These and other core symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis.

*Do not go.*

### TREATMENT

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."

"Hope becomes irrelevant.... It's much more 'endurance' - hoping you'll get through a day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
-Jane Colby-
Director, Young ME Suffer's Trust, 2011 Shropshire ME Group Conference

Please _____ if you can:

*fifty - 50 years, bad and worse, "waxes and wanes" I only have bad to worse*

http://www.name-us.o

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the _____ of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

**From the Editors, June 2010:** We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

MCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME/cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer // Reprint Policies

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
In a Coal Mine
by Jennifer Brea

**Blood Donation Bans** XXX

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body part: and organs A curse on anyone who gets your orga...

Background image:
**Natural Killer Cells**
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

f 5

## Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- ◦ CFS/ME
- ◦ chronic fatigue syndrome/myalgic encephalomyelitis,
- ◦ ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten annotations:* "1919 Asian Flu"; "Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada"; "I went to college on South Shore in California"*]*

## Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades* [handwritten]

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!* [handwritten]

*A patient, not Hosp.* [handwritten] Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* [handwritten] infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name / for devistating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decade, steadily*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969 | Almost 50 years!*

*I patient, not Hospik-*
Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? *housing*

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. *Service dog.*

*housing* It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. *not a pet! Working dog.*

Sincerely,

Name of Doctor

# for a service dog

3/25/18 MSW

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| 4:00 p.m. | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

**MEDICAL HISTORY – Debra Wolinsky**

Prior) deceased WORLD
Renowned W Dudley Johnson,

X Aortic insufficiency, moderate/severe – DR. Richard Davison-

X Brain Cavernomas (two)  Dr. Bennet

X Morbid Obesity Disease, NIH, CDC, American, Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital)

X Major Depressive Disorder DR. Daniel Busch

X Asthma – Severe DR.

X Anxiety DR. Danial Busch

X Stage 1 Kidney Failure DR. Sean O'Connor-

X Vitamin D Deficiency – Homebond, bedbond, DR. O'Connor- 3X greater risk of stroke/heart attack

X Hyperlipidema DR. O'Connor

X Esophageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelcki- world famous

X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout DR. Gerald Berkowitz

X Spinal Stenosis – Northwestern Hospital, has X-Rays, other doctors, afflicted.

X Sciatica DR. Dao Hurley

X Carpel Tunnel Syndrome DR. Harris, DR. Wendsijtich  Gerald?

X Hearing loss – progressive, now substantial, both ears.

X Cataracts -- need surgery too risky for me.

X Jaw surgeries – seven, DR. Nolen Levine.

X Diabetes 2 DR. O'Connor

X Myalgic Encephalomelitis DR. Daniel S. Bell, still Harvard on? for almost 50 years. First, missed true diagnosis, said "Asian Flu" inoperable ruptured right tibial tendon It was my acute incident, in 1969 (?) It was the first of my M.E. "Icline Village Outbreak"

X Severe inconteninence (60 mg. Lasix daily)

X opioid induced constipation deteriorated substantially, since 1969! I am mostly

bedbound chairbond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a DR. of papers, to evaluate me? you have no witness, to have "seen" me perform ADL's + waves? You cannot even refute my medical proof!! M.E. waxes + wanes. Your action/in action are either physically IMPossible for me or exercisingly painful causing further Damages!

(7)

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – Debra Wolinsky**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
***Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-**Scarring**, **Bone loss** and D- Housebound/No caregiver, /stroke.
**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** vitamin A 2 x daily on my large scarred area; doctors **orders**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised

## MEDICAL HISTORY – Debra Wolinsky

Prior, deceased World Renowned W Dudley Johnston

x Aortic insufficiency, moderate/severe – Dr. Richard Davison.
x Brain Cavernomas (two)  Dr. Bennet
x Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
x Hypertension DR. O'Connor
x Sleep Apnea Sleep Studies– Northwestern Memorial Hospital
x Major Depressive Disorder DR. Daniel Busch
x Asthma – SeveralDrs
x Anxiety DR. Daniel Busch
x Stage 1 Kidney Failure DR. Sean O'Connor
x Vitamin D Deficiency – Homebond, bedbond, DR. Oconnor– 3x greater risk of stroke/heart attack
x Hyperlipidema DR. O'Connor
x Esophageal Reflux – DR. Gerald Berkowitz
x Permanently ruptured right tibila tendon, inoperable. Dr. Armen Kelekia– World Famous
x Painful cyst on bottom right foot, inoperable DR. Florence Ousk-Griffin
x Gerd several doctors and ER at Northwestern Memorial.
x Gout DR. Gerald Berkowitz
x Spinal Stenosis– Northwestern Hospital, has x-Rays, other doctors affidied.
x Sciatica DR. Dan Hurley
x Carpel Tunnel Syndrome DR. Harris, DR. Wenologist Gerald?
x Hearing loss – progressive, now substantial, both ears.
x Cataracts -- need surgery too risky for me.
x Jaw surgeries – seven, DR. Nolan Levine.
x Diabetes ɪ DR. O'Connor
x Myalgic Encephalomelitis DR. Daniel S. Bell, still Harvard or?
x inoperable ruptured right tibial tendon 50 years, First, missed true diagnosis, said "Asian Flu
x Severe incontenince (60 mg. Lasix daily) It was my acute incident, 1969 (?) It was
It's worsened Opied induced constipation deteriorated substantially, since 1969! I am mostly
Shingles Shingles                         the first of my M.E. "Icline Village Outbreak"
Herpies zostera Herpes Zostra 2

bedbound, chair bond, housebound, 98-99%, most of time! You have Not
even Read my submitted adnauseum, medical information, including
my "bright spots shown in brain scans, associated as markers for some
M.E. patients. READ THIS!!! You Never have!!! It
PROVES my previously submitted medical records. You?
Say you relied upon a DR. of Papers, to evaluate me?
You have no witness, to have "seen" me perform ADL's, me??
You cannot even refute my medical proof!! M.E. waxes + wanes!
Your action / in action are either physically IMpossible for me or excruciatingly painful ⑦

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me-*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) SKIPPY.*

Our Goals • Advocacy • Site Map

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA



**National Alliance for Myalgic Encephalomyelitis**
NAME-us.org

!! BULLETIN !!

Sign the Petition:

Stop the HHS-IOM contract

and

Accept the CCC Definition of M.E.

Thank you,
M.E. Advocates!

**Redefinition conflict**
in the news...

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition, and to raise awareness of this devastating neuroimmune disease that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



**Research**
In The Spotlight

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

Many ways you can
Contribute to Research...



Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
international Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM

Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
A must for every health care professional!

**TABLE OF CONTENTS**

ME & cfs Explained
Pages



Definitions
Pages



http://www.name-us.c

*[handwritten]* → Not someone who has had it for 50 years

## INTRODUCTION TO M.E.

+ M.ALGIC (muscle pain)
+ ENCEPHALO (relating to the brain)
+ MYEL (relating to the spinal cord)
+ ITIS (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= Brain and spinal cord inflammation with associated muscle pain

**OVERVIEW**

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial disease, and cancer. The underlying pathophysiology impairment and exhaustion of ME are often literally unmistakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and 47.8 respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 – See below). Direct and indirect costs to society (US): $18.7 billion annually.

*[handwritten]* Look! I am 67

The cause of ME is unknown, but collective research suggests that an initial immune system insult – usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors – trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

*[handwritten left margin]* Not "somewhat" d for almost 3 years

**DIAGNOSIS**

Since 1969, Myalgic Encephalomyelitis has been listed in Diseases of the Nervous System of the ICD (World Health Organization International Classification of Diseases), current diagnostic code, ICD-10 (G93.3 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET scans (several other functional tests), tilt-table test and other dysautonomia tests, NMR and other immune tests, and several cardiac tests. Infectious onset is most commonly observed. The hallmark symptom is Post-Exertional Neuroimmune Exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) – exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and more, more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Ramsay)

**TREATMENT**

**Research Category Pages**

**About Our Banner Images**

"…now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. Dan Peterson

"Hope becomes irrelevant…. It's much more 'endurance' – hoping you'll get through it day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby-
Director, Young ME Suffer's Trust, 2011 Shropshire ME Group Conference

*[handwritten]* Do not go:

*[handwritten bottom]* Please smile if you can:
fifty - 50 years, bad and worse", waxes and wanes" I only have bad to worse

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the _____ of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

From the Editors, June 2010:  We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference.  Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note:  This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

f 5

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendation:
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton – DePaul University –

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

**Blood Donation Bans** XXX
Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body parts and organs
A curse on anyone who gets your orga

Background image:
**Natural Killer Cells**
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

f 5

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can *1969 "Asian Flu"* also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically). *Incline Village Epidemic 1969 on North shore of Lake Tahoe, Nevada. I went to college on South Shore "Tahoe", California*

## Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade/*
*decade to decades*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969 | Almost 50 years !*

*A patient's not Hegix* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name / for devistating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour — *year to year, decade to decade, dead/still*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*1 patient, not Hospit.* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? *housing*

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. *Service dog.*

*housing* It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

---

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. *not a pet! working dog.*

Sincerely,

Name of Doctor

---

# for a service dog

8/25/18

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | | 1 tablet |
| Zolpidem | 5 mg | | 1.75 tablets per night |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

**MEDICAL HISTORY — Debra Wolinsky**

Prior) deceased WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe – Dr. Richard Davison-

X Brain Cavernomas (two)  Dr. Bennet

X Morbid Obesity Disease, NIH, CDC, American, Medical Association etc,

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital)

X Major Depressive Disorder DR. Daniel Busch

X Asthma – Severed Drs.

X Anxiety DR. Daniel Busch

X Stage 1 Kidney Failure DR. Sean O'Connor

X Vitamin D Deficiency – Homebound, bedbound, Dr. O'Connor- 3Xgreater risk of stroke/heart attack

X Hyperlipidema DR. O'Connor

X Espphageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable. Dr. Armen Kelckian was World Famous

X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout DR. Gerald Berkowitz

X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors, afflicted.

X Sciatica DR. Dan Hurley

X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendsistich Gerald?

X Hearing loss – progressive, now substantial, both ears.

X Cataracts -- need surgery too risky for me.

X Jaw surgeries – seven, DR. Nolan Levine.

X Diabetes 2 DR. O'Connor

X Myalgic Encephalomelitis for almost 50 years. First, missed true diagnosis, said "Asian F/l DR. Daniel S. Bell, still Harvard or?

X inoperable ruptured right tibial tendon-

X Severe inconteninence (60 mg. Lasix daily). It was my acute incident ⊂ 1969 (?) It was intital onsett the first of my M.E. "Incline Village Outbreak"

X Opiod induced constipation deteriorated substantially, since 1969! I am mostly

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots shown in brain scans, associated as markers for same M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You say you relied upon a DR. of Papers, to evaluate me? you have no witness, to have "seen" me perform ADL's, you cannot even refute my medical proof!! M.E. waxes + wanes! Your action in action are either physically IMPOSSIBLE for me or excruciatingly painful causing further Damages!

⑦

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
\*\*\*Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-<u>**Scarring**</u>, **<u>Bone loss</u>** and D- Housebound/No caregiver, /stroke.
<u>**Prescribed, L-Methofolate, Vitamin A**</u> to swallow for bone loss, Vitamin B Complex for **<u>anyone</u>** who takes SAM—E, I have <u>**prescriptions,**</u> Vitamin D Prescribed, for my severe deficiency, and **<u>multiplied</u>** chance of stroke and heart attack by **<u>3</u>** times. **<u>GOOGLE</u>** the prescriptions. Also **<u>rub</u>** vitamin A 2 x daily on my large scarred area; doctors **<u>orders</u>**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised 8/18/18

## MEDICAL HISTORY — Debra Wolinsky

Prior(s) deceased WORLD renowned W Dudley Johnson etc.

- X Aortic insufficiency, moderate/severe — Dr. Richard Davison.
- X Brain Cavernomas (two)  Dr. Bennet
- X Morbid Obesity Disease, NIH, CDC, American Medical Association, etc.
- X Hypertension DR. O'Connor
- X Sleep Apnea Sleep Studies - Northwestern Memorial Hospital
- X Major Depressive Disorder DR. Daniel Busch
- X Asthma — Severe Dr.
- X Anxiety DR. Daniel Busch
- X Stage 1 Kidney Failure DR. Sean O'Connor
- X Vitamin D Deficiency - Housebound, bedbound, DR. O'Connor 3X greater risk of stroke/heart attack
- X Hyperlipidema DR. O'Connor
- X Espphageal Reflux — DR. Gerald Berkowitz
- X Permanently ruptured right tibila tendon, inoperable  Dr. Armen Kelekian - World Famous
- X Painful cyst on bottom right foot, inoperable DR. Florence Ousk-Griffin
- X Gerd several doctors and ER at Northwestern Memorial.
- X Gout DR Gerald Berkowitz
- X Spinal Stenosis - Northwestern Hospital, has x-rays, other doctors affidel.
- X Sciatica DR. Dan Hurley  Gerald?
- X Carpel Tunnel Syndrome DR. Harris, DR. Wendelist
- X Hearing loss - progressive, now substantial, both ears.
- X Cataracts — need surgery too risky for me.
- X Jaw surgeries — seven, DR. Nolan Levine.
- X Diabetes 2 DR. O'Connor
- X Myalgic Encephalomelitis DR. Daniel S. Bull, still Harvard or?
- X inoperable ruptured right tibial tendon for almost 50 years, First missed true diagnosis, said "Asian Flu"
- X Severe incontenince (60 mg. Lasix daily) It was my acute incident in 1969 (?) It was the first of my M.E. "Incline Village Outbreak"
- Opied induced constipation deteriorated substantially, since 1969, I am mostly
- Shingles Shingles
- Herpies Zoster2 Herpes Zoster 2

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even "Read" my submitted, adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It MOVES my previously submitted medical records, you? Say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's, waxes + wanes, you cannot even refute my medical proof!! M.E. waxes + wanes your action/in action are either physically IMPossible for me or excreciatingly painful (7)

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) KIPPY.*

Our Goals • Advocacy • Site Map



"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

**National Alliance**
for
**Myalgic Encephalomyelitis**

NAME-us.org

!! BULLETIN !!

Sign the Petition:
Stop the HHS-IOM contract
and
Accept the CCC Definition of M.E.

Thank you,
M.E. Advocates!

Redefinition conflict
In the news...

Home    M.E. or cfs ?    Definitions    Research    Links

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

**Research**
In The Spotlight

Many ways you can
Contribute to Research...

---

**Journal of Internal Medicine**
**July 2011**
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM



Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
A must for every health care professional!

---

TABLE OF CONTENTS

**ME & cfs Explained**
**Pages**



**Definitions**
**Pages**

http://www.name-us.



Not someone who has had it for 50 years

Research Category
Pages

## INTRODUCTION TO M.E.

+ [MYALGIC] (muscle pain)
+ ENCEPHAL [ ] (relating to the brain)
+ MYEL [ ] (relating to the spinal cord)
+ ITIS (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= **Brain** and spinal cord inflammation with associated muscle pain

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial disease, and cancer. The underlying pain, cognitive impairment and exhaustion of ME are often literally unspeakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and 47.8) respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 – See [variable]). Direct and indirect costs to society (US): $18, [ ] billion annually.

Not "somewhat" ill for almost 3years

Not "somewhat"
ill for almost
3years

Look! I am 67

About Our Banner Images

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. [ ] of [ ]

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. [ ] of [ ]

"Hope becomes irrelevant... It's much more 'endurance'... hoping you'll get through it day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby, Director, Young ME Suffer's Trust, 2011 Shropshire ME Group Conference

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in [diseases of the nervous system] of the [WHO ICD] (World Health Organization International Classification of Diseases), current diagnostic code, [ICD] (323.9 in the US). Just a few among many tests that can show the effects of ME are: [ ] The hallmark symptom is [post-exertional neuroimmune exhaustion] (PENE) - in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and [ ] usually result in the patient being bedbound or homebound. PENE can be objectively documented by [serial exercise tests], can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See [ ])

Do not go.

### TREATMENT

4] mos
fifty - 50 years, bad and worse", waxed
and [wanes] "waxes" I only
have bad to worse

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the 2nd section of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

**From the Editors, June 2010:** We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME & cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

**Blood Donation Bans**

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body part: and organs. A curse on anyone who gets your organs

Background image:
**Natural Killer Cells**
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

f5

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis.
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten margin notes: "1969 'Asian Flu'" ; "Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada" ; "I went to college on South Shore — Tahoe, California"]*

## Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to* *decade to decades*, *death!!!*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*A patient, not Hegit:* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name / for devestating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades, ...*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1989! Almost 50 years!*

*1 patient, not Hep.k*

Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my ~~landlord?~~ housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Service dog.

housing  It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the ~~landlord~~ has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a ~~pet~~ or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits].  not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

Debra Wolinsky medications as of 3/20/17

2 lactaid with all dairy food, meals, or snack

| PRESCRIPTIONS | DOSE | QUANTITY | |
|---|---|---|---|
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazepam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| 4:00 p.m. | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

## MEDICAL HISTORY — Debra Wolinsky

Prior) deceased WORLD Renowned W Dudley Johnson

- Aortic insufficiency, moderate/severe — Dr. Richard Davison
- x Brain Cavernomas (two)   Dr. Bennett
- x Morbid Obesity Disease, NIH, CDC, American, Medical Association etc.
- x Hypertension DR. O'Connor
- x Sleep Apnea Sleep Studies - Northwestern Memorial Hospital
- x Major Depressive Disorder DR. Daniel Busch
- x Asthma — Severe DRs.
- x Anxiety DR. Daniel Busch
- x Stage 1 Kidney Failure DR. Sean O'Connor
- x Vitamin D Deficiency — Homebond, bedbond, DR. O'Connor- 3X greater risk of stroke/heart
- x Hyperlipidema DR. O'Connor
- x Esophageal Reflux — DR. Gerald Berkowitz
- x Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelcki and World Famous
- x Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
- x Gerd several doctors and ER at Northwestern Memorial.
- x Gout DR. Gerald Berkowitz
- x Spinal Stenosis — Northwestern Hospital, has X-Rays, other doctors afficted.
- x Sciatica DR. Dao Hurley
- Carpel Tunnel Syndrome Dr. Harris, Dr. Wendjistich  Gerald?
- x Hearing loss — progressive, now substantial, both ears.
- x Cataracts — need surgery too risky for me.
- x Jaw surgeries — seven, DR. Nolan Kevine.
- x Diabetes 2 DR. O'Connor
- x Myalgic Encephalomelitis for almost 50 years. First, missed true diagnosis, said "Asian Flu" DR. Daniel S. Bell, still Harvard or?
- x inoperable ruptured right tibial tendon — It was my acute incident, in 1969 (?) It has
- x Severe incontenince (60 mg. Lasix daily) - the first of my M.E. "Icine Village Outbreak"
- x Opiod induced constipation deteriated substantially, since 1969! I am mostly

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted, adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! You NEED NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's! You cannot ever refute my medical proof!! M.E. Waxes + Wanes! Causing your action/in action are either physically IMPOSSIBLE for me or excruciatingly painful further Damages!

(7)

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**

Arthritis

Brain Cavernomas (two)—**SD and D**

Morbid Obesity—**SD and D**

Hypertension—**SD and D**

Sleep Apnea—**D**

Major Depressive Disorder—**SD and D**

Asthma—**SD and D**

Anxiety—**SD and D**

Stage 1 Kidney Failure—**D**

Vitamin D Deficiency—**SD and D**

Hyperlipidemia—**D**

Esophageal Reflux—**P**

Permanently Ruptured Right Tibila Tendon, Inoperable—**P**

Painful Cyst on Bottom Right Foot, Inoperable—**P**

Gerd—**P**

Gout-**P**

Spinal Stenosis—**P**

Sciatica—**P**

Carpel Tunnel Syndrome—Both  Wrists P

Hearing Loss—**SD and D**

Cataract—**Need Surgery—Blind?**

Jaw Surgeries—**P and D**

Diabetes 2—**SD**

***Myalgix Encephalomyelitis—**D and Life Devastating**

Inoperable Ruptured Right TIbial Tendon—**P**

Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)

Antidepressants Induced Constipation—**D**

3rd Degree Burns—**P**

Broken Toes, Left Foot—**P Twice Same** 3 Toes

Vitamin A-**<u>Scarring</u>, <u>Bone loss</u>** and D- Housebound/No caregiver, /stroke.

**<u>Prescribed, L-Methofolate, Vitamin A</u>** to swallow for bone loss, Vitamin B Complex for **<u>anyone</u>** who takes SAM—E, I have **<u>prescriptions,</u>** Vitamin D Prescribed, for my severe deficiency, and **<u>multiplied</u>** chance of stroke and heart attack by **<u>3</u>** times. **<u>GOOGLE</u>** the prescriptions. Also **<u>rub</u>** vitamin A 2 x daily on my large scarred area; doctors **<u>orders</u>**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised 8/19/18

## MEDICAL HISTORY – Debra Wolinsky

Prior) deceased WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe – DR. Richard Davison.

X Brain Cavernomas (two)  Dr. Bennet

X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies Northwestern Memorial Hospital

X Major Depressive Disorder DR. Daniel Busch

X Asthma – Severe Dr.

X Anxiety DR. Daniel Busch

X Stage 1 Kidney Failure DR. Sean O'Connor

X Vitamin D Deficiency – Homebond, bedbond, DR. O'Connor 3x greater risk of stroke/heart attack

X Hyperlipidema DR. O'Connor

X Esophageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelekians World Famous

X Painful cyst on bottom right foot, inoperable DR. Florence OusK-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout DR. Gerald Berkowitz

X Spinal Stenosis – Northwestern Hospital, has x-Rays, other doctors affidted.

X Sciatica DR. Dan Hurley

X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendelist Gerald?

X Hearing loss – progressive, now substantial, both ears.

X Cataracts – need surgery too risky for me.

X Jaw surgeries – seven, DR. Nolan Levine.

X Diabetes 2 DR. O'Connor

X Myalgic Encephalomelitis DR. Daniel S. Bell, still Harvard or?

X inoperable ruptured right tibial tendon 50 years, First missed true diagnosis, said "Asian Flu"

X Severe incontenince (60 mg. Lasix daily) It was my acute incident, in 1969 (?) It has

+first session Opiod induced constipation deteriorated substantially, since 1969! I am mostly the first of my M.E. "Icline Village Outbreak"

Shingles Shingles

Herpies Zoster 2 Herpes Zostra 2

bedbound chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted, adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's, me? You cannot ever refute my medical proof!! M.E. waxes + wanes! your action/in action are either, physically IMPossible for me or excruciatingly painful (7)

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me-*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as Skippy.*

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA



**National Alliance for Myalgic Encephalomyelitis**

NAME-us.org

Our Goals ● Advocacy ● Site Map

!! BULLETIN !!

Sign the Petition:
**Stop the HHS-IOM contract**
and
**Accept the CCC Definition of M.E.**

Thank you,
M.E. Advocates!

**Redefinition conflict**
In the news...

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition, and to raise awareness of this devastating neuroimmune disease that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine



**Research**
In The Spotlight

Many ways you can
Contribute to Research...

**Journal of Internal Medicine
July 2011**
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM



Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

**International Consensus Panel**
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

**October 2012**
*A must for every health care professional!*

**TABLE OF CONTENTS**

**ME & cfs Explained
Pages**



**Definitions
Pages**

http://www.name-us.



→ Not someone who has had it for 50 years

## INTRODUCTION TO M.E.

+ MYALGIC          (muscle pain)
+ ENCEPHALO        (relating to the brain)
+ MYEL             (relating to the spinal cord)
+ ITIS             (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= Brain and spinal cord inflammation with associated muscle pain

**OVERVIEW**

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The unrelenting pain, cognitive impairment and exhaustion of ME are often literally unspeakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and (47.8) respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 - See website). Direct and indirect costs to society (US): $18-$24 Billion annually.

look! I am 67

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of M.E.

**DIAGNOSIS**

Since 1969, Myalgic Encephalomyelitis has been listed in diseases of the nervous system of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, ICD-9 (323.9 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET scans, natural killer cell function tests, 24 hour exercise test, autonomic nervous system tests, tilt table test, and serial cognitive tests. Infectious onset is most commonly observed. The hallmark symptom is post-exertional neuroimmune exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Primer)

**TREATMENT**

Not "somewhat" for almost 3 years

Do not go...

fifty — 50 years, bad and worse," waxes and wanes," I only have bad to worse

Research Category Pages

**About Our Banner Images**

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. Paul Cheney

"Hope becomes irrelevant... It's much more 'endurance' - hoping you'll get through it day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby,
Director, Young ME Sufferer's Trust, 2011 Shropshire ME Group Conference

Please donate if you can:

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the _____ of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

**From the Editors, June 2010:** We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

MCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME & cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendation
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

**Blood Donation Bans** XXX

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Body part: and organs. A curse on anyone who gets your organ

Background image: Natural Killer Cells
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten: "1919 Asian Flu"]*

*[handwritten: Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada. I went to college on South Shore "" ; California]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decade* [handwritten]

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!* [handwritten]

*A patient, not Hospitalized* [handwritten] Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* [handwritten] infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name / for devestating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to* *decade to decades, deathly ill*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969, Almost 50 years!*

*1 patient, not hospitalized* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis. so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my ~~landlord~~? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Serviceldog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the ~~landlord~~ has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a ~~pet~~ or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits].          not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

9/25/18

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazepam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

**MEDICAL HISTORY – Debra Wolinsky**

Prior(s) deceased WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe – Dr. Richard Davison

X Brain Cavernomas (two)   Dr. Bennett

X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital

X Major Depressive Disorder DR. Daniel Busch

X Asthma – Severe Dr.

X Anxiety DR. Daniel Busch

X Stage 1 Kidney Failure DR. Sean O'Connor

X Vitamin D Deficiency – Homebound, bedbound, DR. O'Connor - 3X greater risk of stroke/heart attack

X Hyperlipidema DR. O'Connor

X Esophageal Reflux - DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelekian world famous

X Painful cyst on bottom right foot, inoperable Dr. Florence Dusk-Griffin

X Gerd several doctors and ER at Northwestern Memorial

X Gout DR. Gerald Berkowitz

X Spinal Stenosis - Northwestern Hospital, has X-Rays, other doctors afflicted.

X Sciatica DR. Dan Hurley

X Carpel Tunnel Syndrome DR. Harris, DR. Wendsistch Gerald?

X Hearing loss - progressive, now Substantial, both ears

X Cataracts -- need surgery too risky for me.

X Jaw surgeries – seven, DR. Nolan Levine.

X Diabetes 2 DR. O'Connor

X Myalgic Encephalomelitis for almost 50 years, First, missed true diagnosis, said "Asian F/l DR. Daniel S. Bull, still Harvard or?

X inoperable ruptured right tibial tendon

X Severe incontenince (60 mg. Lasix daily) It was my acute incident, 1969 (?) It has the first of my M.E. "Incline Village Outbreak"

X Opied induced constipation deteriorated substantially, since 1969! I am mostly intraprocessm

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted adnauseum, medical information, including my "bright spots shown in "brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER NEVER have.!!! It PROVES my previously submitted medical records. You say you relied upon a DR. of Papers, to evaluate me? You have no witness, to have "seen" me perform ADL's! You cannot even refute my medical proof!! M.E. Waxes + Wanes! Causing your action in action are either physically IMPOSSIBLE for me or exercingly painful using further Damages! ⑦

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
\*\*\*Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-<u>**Scarring**</u>, <u>**Bone loss**</u> and D- Housebound/No caregiver, /stroke.
<u>**Prescribed, L-Methofolate, Vitamin A**</u> to swallow for bone loss, Vitamin B Complex for <u>**anyone**</u> who takes SAM—E, I have <u>**prescriptions,**</u> Vitamin D Prescribed, for my severe deficiency, and <u>**multiplied**</u> chance of stroke and heart attack by <u>**3**</u> times. <u>**GOOGLE**</u> the prescriptions. Also <u>**rub**</u> vitamin A 2 x daily on my large scarred area; doctors <u>**orders**</u>.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

2 of 2

**MEDICAL HISTORY — Debra Wolinsky**

Revised 7-17-18

Prior (deceased) WORLD Renowned W Dudley Johnson

X Aortic insufficiency, moderate/severe — Dr. Richard Davison
X Brain Cavernomas (two)  Dr. Bennet
X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
X Hypertension DR. O'Connor
X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital
X Major Depressive Disorder DR. Daniel Busch
X Asthma – Severe Dra
X Anxiety DR. Daniel Busch
X Stage 1 Kidney Failure DR. Sean O'Connor
X Vitamin D Deficiency — Homebound, bedbound, Dr. O'Connor 3x greater risk of stroke/heart attack
X Hyperlipidemia DR. O'Connor
X Esphageal Reflux – DR. Gerald Berkowitz
X Permanently ruptured right tibila tendon, inoperable Dr. Armen Kelikian World Famous
X Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
X Gerd several doctors and ER at Northwestern Memorial.
X Gout DR Gerald Berkowitz
X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors affited.
X Sciatica DR. Dan Hurley
X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendelist Gerald?
X Hearing loss – progressive, now substantial, both ears.
X Cataracts — need surgery too risky for me.
X Jaw surgeries — seven, DR. Nolan Levine.
X Diabetes 2 DR. O'Connor
X Myalgic Encephalomelitis for almost 50 years, First missed true diagnosis, said "Asian Flu DR. Daniel S. Bell, still Harvard ra?
X inoperable ruptured right tibial tendon It was my acute incident, in 1969 (?) It was
X Severe incontenince (60 mg. Lasix daily) the first of my M.E. "Incline Village Outbreak"
it is worsening
Opiod induced constipation deteriorated substantially, since 1969! I am mostly
Shingles Shingles
Herpies Zostera Herpes Zostera

bedbound, chair bond, housebound, 98-99%, most of time! You have Not
even Read my submitted adnauseum, medical information, including
my "bright spots shown in brain scans, associated as markers for some
M.E. patients READ THIS!!! You NEVER have!!! It
PROVES my previously submitted medical records, You?
Say you relied upon a DR. of papers, to evaluate me?
You have no witness, to have "seen" me perform ADL's, me!
You cannot even refute my medical proof!! M.E. waxes + wanes,
Your action in action are either physically IMPossible for me or excruciatingly painful  (7)

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as) KIPPY.*

Our Goals • Advocacy • Site Map

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer



**National Alliance for Myalgic Encephalomyelitis**

!! BULLETIN !!

Sign the Petition!

Stop the HHS-IOM contract

and

Accept the CCC Definition of M.E.

Thank you,
M.E. Advocates!

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson



NAME-us.org

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

**Redefinition conflict**
In the news...

Home    M.E. or cfs ?    Definitions    Research    Links

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition,
and to raise awareness of this devastating neuroimmune disease
that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?



"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine

**Research**
In The Spotlight

Many ways you can
Contribute to Research...

| Journal of Internal Medicine July 2011 | Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners |
|---|---|
| Myalgic Encephalomyelitis: International Consensus Criteria |  |
| [2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnk SM | International Consensus Panel Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed October 2012 A must for every health care professional! |

**TABLE OF CONTENTS**

**ME & cfs Explained Pages**



**Definitions Pages**

http://www.name-us.o



*Not someone who has had it for 50 years*

## INTRODUCTION TO M.E.

+ MYALGIC (muscle pain)
+ ENCEPHALO (relating to the brain)
+ MYEL (relating to the spinal cord)
+ ITIS (inflammation)
= MYALGIC ENCEPHALOMYELITIS
= **Brain and spinal cord inflammation with associated muscle pain**

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a chronic degenerative neuro-immune disease described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer, often leaving patients debilitated. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and 47.8) respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 - See website). Direct and indirect costs to society (US): $18-$24 billion annually.

*Not "somewhat" for a)most 2 years*
*look) I am 67*

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of M.E.

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in a category of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, G93.3 (323.9 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET brain scans, tilt table tests, and serial exercise tests. Infectious onset is most commonly observed. The hallmark symptom is post-exertional neuroimmune exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Primer)

TREATMENT

**Research Category Pages**

**About Our Banner Images**

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
- Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
- Dr. Daniel Peterson

"Hope becomes irrelevant.... It's much more 'endurance' - hoping you'll get though a day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
- Jane Colby-Director, Young ME Sufferer's Trust, 2011 Shropshire ME Group Conference

Please donate if you can:

Do not go.

*fifty - 50 years, bad and worse, waxes and wanes" I only went bad to worse*

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that Myalgic Encephalomyelitis (ME) is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

From the Editors, June 2010: We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME/cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

f 5

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations

"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
- Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

**Blood Donation Bans** ✗✗✗

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Background image:
**Natural Killer Cells**
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

*[Handwritten note:] Body part: and organ: A curse on anyone who gets your orga*

## Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis,
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically).

*[handwritten: "1969 Asian Flu"; "Incline Village Epidemic 1969 on North Shore of Lake Tahoc, Nevada. I went to college on South Shore, California"]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year,* *decade to decades*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969 | Almost 50 years!*

*A patient, not Physician* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name / for devastating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades, death/MN*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*1 patient, not Hospt.* Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Servivgdog.

*housing* It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

8/25/18

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

| Debra Wolinsky medications as of 3/20/17 | | | |
|---|---|---|---|
| 2 lactaid with all dairy food, meals, or snack | | | |
| **PRESCRIPTIONS** | **DOSE** | **QUANTITY** | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | Two 10 meq | |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | . | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | 2 ten meq's | |
| Trazadone | 100 mg | 1 tablet | |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | per night | |

## MEDICAL HISTORY — Debra Wolinsky

Prior) deceased WORLD Renowned W Dudley Johnson

Aortic insufficiency, moderate/severe – Dr. Richard Davison.
x Brain Cavernomas (two)  Dr. Bennet
x Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
x Hypertension DR. O'Connor
x Sleep Apnea Sleep Studies- Northwestern Memorial Hospital
x Major Depressive Disorder DR. Daniel Busch
x Asthma – Severe Dr.
x Anxiety DR. Daniel Busch
x Stage 1 Kidney Failure DR. Sean O'Connor
x Vitamin D Deficiency – Housebond, bedbond, DR. O'Connor - 3x greater risk of stroke/heart attack
x Hyperlipidema DR. O'Connor
x Esphageal Reflux – DR. Gerald Berkowitz
x Permanently ruptured right tibila tendon, inoperable. Dr. Armen Kelekian World Famous
x Painful cyst on bottom right foot, inoperable Dr. Florence Ousk-Griffin
x Gerd several doctors and ER at Northwestern Memorial.
x Gout DR. Gerald Berkowitz
x Spinal Stenosis- Northwestern Hospital, Has X-Rays, other doctors, afficted.
x Sciatica DR. Dan Hurley
x Carpel Tunnel Syndrome DR. Harris, DR. Wendojistich Gerald?
x Hearing loss – progressive, now substantial, both ears.
x Cataracts – need surgery too risky for me.
x Jaw surgeries – seven, DR. Nolan Levine.
x Diabetes 2 DR. O'Connor
x Myalgic Encephalomelitis for almost 50 years. First, missed true diagnosis, said "Asian Fl DR. Daniel S. Bell, still Harvard or?
x inoperable ruptured right tibial tendon It was my acute incident, in 1769 (?) It has
x Severe inconteninince (60 mg. Lasix daily) the first of my M.E. "Icline Village Outbreak"
x Opiod Induced constipation deteriorated substantially, since 1769! I am mostly

bedbound, chairbond, housebound, 98-99%, most of time! You have NOT even Read my submitted adnauseum, medical information, including my "bright spots" shown in brain scans, associated as markers for some M.E. patients. READ THIS!!! you NEVER have!!! It PROVES my previously submitted medical records. You ? Say you relied upon a DR. of papers, to evaluate me? you have no witness, to have "seen" me perform ADLs! You cannot ever refute my medical proof! M.E. waxes + wanes! Your action in action are either physically IMPOSSIBLE for me or exercisatingly painful causing further Damages!

(7)

**D=Deadly**
**SD=Sudden Death**
**P=Pain**

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**
Arthritis
Brain Cavernomas (two)—**SD and D**
Morbid Obesity—**SD and D**
Hypertension—**SD and D**
Sleep Apnea—**D**
Major Depressive Disorder—**SD and D**
Asthma—**SD and D**
Anxiety—**SD and D**
Stage 1 Kidney Failure—**D**
Vitamin D Deficiency—**SD and D**
Hyperlipidemia—**D**
Esophageal Reflux—**P**
Permanently Ruptured Right Tibila Tendon, Inoperable—**P**
Painful Cyst on Bottom Right Foot, Inoperable—**P**
Gerd—**P**
Gout-**P**
Spinal Stenosis—**P**
Sciatica—**P**
Carpel Tunnel Syndrome—Both  Wrists P
Hearing Loss—**SD and D**
Cataract—**Need Surgery—Blind?**
Jaw Surgeries—**P and D**
Diabetes 2—**SD**
***Myalgix Encephalomyelitis—**D and Life Devastating**
Inoperable Ruptured Right TIbial Tendon—**P**
Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)
Antidepressants Induced Constipation—**D**
3rd Degree Burns—**P**
Broken Toes, Left Foot—**P Twice Same** 3 Toes
Vitamin A-**<u>Scarring</u>, <u>Bone loss</u>** and D- Housebound/No caregiver, /stroke.
**<u>Prescribed</u>, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **<u>anyone</u>** who
takes SAM—E, I have **<u>prescriptions,</u>** Vitamin D Prescribed, for my severe deficiency, and **<u>multiplied</u>**
chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **<u>rub</u>** vitamin A 2 x daily on
my large scarred area; doctors **<u>orders</u>**.

Revised: 07/16/18

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

Revised 1-1-18

## MEDICAL HISTORY – Debra Wolinsky

Prior(s) deceased WORLD Renowned W Dudley Johnson etc.

X Aortic insufficiency, moderate/severe – Dr. Richard Davison.
X Brain Cavernomas (two)  Dr. Bennet
X Morbid Obesity Disease, NIH, CDC, American Medical Association etc.
X Hypertension DR. O'Connor
X Sleep Apnea Sleep Studies- Northwestern Memorial Hospital
X Major Depressive Disorder DR. Daniel Busch
X Asthma – Severe Dr.
X Anxiety DR. Daniel Busch
X Stage 1 Kidney Failure DR. Sean O'Connor
X Vitamin D Deficiency – Housebound, bedbound, DR. O'Connor 3X greater risk of stroke/heart attack
X Hyperlipidema DR. O'Connor
X Esophageal Reflux – DR. Gerald Berkowitz
X Permanently ruptured right tibila tendon, inoperable. Dr. Armen Kelekian World Famous
X Painful cyst on bottom right foot, inoperable  DR. Florence OusK-Griffin
X Gerd several doctors and ER at Northwestern Memorial.
X Gout DR Gerald Berkowitz
X Spinal Stenosis- Northwestern Hospital, has X-Rays, other doctors afflicted.
X Sciatica DR. Dan Hurley
X Carpel Tunnel Syndrome Dr. Harris, Dr. Wendlist  Gerald?
X Hearing loss- progressive, now substantial, both ears.
X Cataracts -- need surgery too risky for me.
X Jaw surgeries – seven, DR. Nolan Levine.
X Diabetes 2 DR. O'Connor
X Myalgic Encephalomelitis  DR. Daniel S. Bell, still Harvard or?
X inoperable ruptured right tibial tendon- for almost 50 years, First missed true diagnosis, said "Asian Flu
X Severe incontenince (60 mg. Lasix daily)  It was my acute incident, 1969(?) It was
Opiod induced constipation  deteriorated substantially, since 1969! I am mostly
    Shingles Shingles  the first of my M.E." Icline Village Outbreak"
    Herpies Zoster2 Herpes Zoster 2

bedbound, chairbond, housebound, 98-99%, most of time! You have Not
even Read my submitted, adnauseum, medical information, including
my "bright spots" shown in brain scans, associated as markers for some
M.E. patients. READ THIS !!! you Neraly NEVER have!!! It
PROVES my previously submitted medical records. Yoy?
Say you relied upon a DR. of Papers, to evaluate me?
You have no witness, to have "seen" me perform ADL's, me?
You cannot even refute my medical proof!! M.E. waxes + wanes
your action/inaction are either physically IMPossible for me or excruciatingly painful  ⑦

# For People Who Are Deaf or Have Hearing Loss *Substantial Hearing Loss, both ears, me.*

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or she is being spoken to**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. *Skippy alerts me, however this may be an acceptable argument, for a puppy as well as Skippy.*

Our Goals • Advocacy • Site Map

"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

# National Alliance for Myalgic Encephalomyelitis

NAME-us.org

!! BULLETIN !!

Sign the Petition!

Stop the HHS-IOM contract

and

Accept the CCC Definition of M.E.

Thank you, M.E. Advocates!

Redefinition conflict
In the news...

| Home | M.E. or cfs ? | Definitions | Research | Links |

## The National Alliance for Myalgic Encephalomyelitis
was established to address the issues of recognition and definition, and to raise awareness of this devastating neuroimmune disease that has afflicted nearly a million people in the U.S., and 17 million worldwide.
What is ME?

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al
Journal of Internal Medicine



Research
In The Spotlight

Many ways you can
Contribute to Research...

---

Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM



Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
A must for every health care professional!

---

TABLE OF CONTENTS

ME & cfs Explained
Pages

M.E. or cfs ?
Symptoms List
Test Abnormalities
Political Declaration
Medical Resources

Definitions
Pages

http://www.name-us.



*handwritten:* → Not someone who has had it for 50 years

Research Category
Pages

## INTRODUCTION TO M.E.

+ ΜΥΑΛΓΙΚ (muscle pain)
+ ΕΝCEPHALO- (relating to the brain)
+ ΜΥΕΛΟ (relating to the spinal cord)
+ ΙΤΙΣ (inflammation)
= ΜΥΑΛΓΙC ΕΝCEPHALOMYELITIS
= **Brain and spinal cord inflammation with associated muscle pain**

### OVERVIEW

Myalgic Encephalomyelitis (ME) is a <u>chronic degenerative neuro-immune disease</u> described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The unrelenting pain, cognitive impairment and exhaustion of ME are often literally unbearable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span (58.7 and 47.8) respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 – See variable). Direct and indirect costs to society (US): $18–$23 billion annually.

*handwritten left margin:* Not "somewhat" of for almost 2 years

*handwritten:* Look! I am 67

The cause of ME is unknown, but collective research suggests that an initial immune system insult - usually a virus, but sometimes toxic exposure, bacterial infection, trauma, or other physical stressors - trigger a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the many and varied symptoms of ME.

### DIAGNOSIS

Since 1969, Myalgic Encephalomyelitis has been listed in diseases of the nervous system of the WHO ICD (World Health Organization International Classification of Diseases), current diagnostic code, 323.9 (G93.3 in the US). Just a few among many tests that can show the effects of ME are: SPECT and PET brain scans, tilt table function test, 24-hour ambulatory Holter monitoring, Spinal fluid analysis, immunological assays and Serial Exercise tests. Infectious onset is most commonly observed. The hallmark symptom is Post-Exertional Neuroimmune Exhaustion (PENE, in lay terms: post-exertional major exacerbation of symptoms) - exertion being anything from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic intolerance (symptoms worsen in an upright position) is also common. These and many more symptoms usually result in the patient being bedbound or homebound. PENE can be objectively documented by serial exercise tests, can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis. (See Primer)

### TREATMENT

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."
— Dr. Nancy Klimas

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."
— Dr. Daniel Peterson

"Hope becomes irrelevant... It's much more 'endurance' – hoping you'll get through it day by day. It's more to do with how you'll get through the next hour, and how you'll get the next afternoon, and the next night, and the next day, and the next year."
— Jane Colby,
Director, Young ME Sufferer's Trust,
2011 Shropshire ME Group Conference

*handwritten:* Dead go:

Please [ ] if you can:

*handwritten bottom:* fifty - 50 years, bad and worse, waves and waves" I only have bad to worse

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that Myalgic Encephalomyelitis (ME) is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the _____ of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr. Byron Hyde

From the Editors, June 2010: We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NCF's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME 2, cfs Explained • Definitions • The Research • About Us

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

Disclaimer & Reprint Policies

f5

Despite advances in investigation into diseases such as MS and AIDS, the US government remains in the dark ages of medical research when it comes to ME. Independent researchers worldwide have long known of or attempted to treat ME, historically described as Atypical MS, Atypical polio, epidemic neuromyasthenia, non-HIV AIDS. Many other historic descriptions have implicated infectious onset with chronic neurological and multi-system impacts. (See our Epidemics and Definitions pages for brief ME history.)

During cluster outbreaks in the mid-1980s, the US government ignored ME experts, renamed and redefined this illness in several regions of the US after a common symptom in numerous other diseases (i.e. 'fatigue'), thus minimizing a disabling, possibly infectious disease. It was a huge blunder - many claim deliberate (we believe rightly so) - that has cost many lives, and continues to cause untold suffering and cost lives. Norway's Directorate of Health apologized for past disregard of ME patients - US and other countries' health agencies need to follow Norway's example.

Over late, the US government has recently elevated ME's priority, and the US Food and Drug Administration (FDA) now considers ME/cfs as "serious and life threatening", finally allowing treatments to be fast-tracked, after decades of delay. But ME patients are still waiting for that promise to come to fruition; it is painfully slow.

Thankfully, there are many private and independent researchers in the US and abroad who are shining a light on the seriousness and severity of the neuroimmune, cardiovascular, endocrine, gastrointestinal and other body wide system damage found in ME patients. Better diagnostic tools and treatments are slowly being developed, while researchers and patients alike are astounded that male pattern baldness receives nearly three times the funding of ME!

ME has been classified as a neurological disease in the World Health Organization's International Classification of Diseases since 1969. It is one of our goals is for this fact to become common knowledge in the medical community.

The pages of this website describe just a few research findings, and attempt to summarize the early discoveries that have led researchers to the present. They also offer information to patients and doctors, and direct the reader to more comprehensive information sources about ME and "cfs".

Issues Involving the Name Change Recommendations
"Researchers and clinicians need to be aware of the strong sentiments that patients have for [the name, definition and classification of] Myalgic Encephalomyelitis, which is historically correct (Ramsay, 1981) and has been used internationally (Hyde, Goldstein, & Levine, 1992)."
- Leonard A. Jason, Nicole Porter, Jennifer Okasinski, & Mary Benton - DePaul University -

"Hopefully one day, my dream is that our medical community will produce a formal apology to the patients that—not having believed them all these years—they are facing a real illness."
-Dr. Jose Montoya



"When you come down with an illness that has no end, it strips away that idea of a future." - Howard Bloom

From the upcoming documentary
Canary
in a Coal Mine
by Jennifer Brea

Blood Donation Bans

Australia, New Zealand, Canada have banned blood donations from ME/cfs patients, and the American Association of Blood Banks has recommended ME/cfs patients to not donate blood. The European ME Alliance has also called for a Europe-wide ban on blood donations from ME/cfs patients.

Background image:
Natural Killer Cells
Many ME/cfs patients have a deficiency of, and poor function within, these vital immune cells that target cancer cells and cells infected with viruses.

Body parts
and organs
A curse on
anyone who
gets your orga

f5

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

- CFS/ME
- chronic fatigue syndrome/myalgic encephalomyelitis
- ME

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is *"1969 Asian Flu"* usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically). *Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada* *I went to college on South Shore in Tahoe, California*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with having myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. year to year, decade to decade [handwritten]

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. Since 1969 ! Almost 50 years! [handwritten]

A patient, not they? [handwritten]

Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary Hospitalized [handwritten] infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation, which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



*wimy name*
*/for devestating*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

## Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *year to year, decade to decades, ??????*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *Since 1969! Almost 50 years!*

*1 patient,*
*not Hospital*
Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *Hospitalized* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Serviceledog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

---

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits].   not a pet! Working dog.

Sincerely,

Name of Doctor

---

# for a service dog

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HIPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

1 of 2

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

***Daily Torture**-to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

***Injuries**-harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder**-the *CRIME* of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud-** deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation-** the action of *damaging the* **GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution-** is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule.*

*****Domestic Terrorism-** the committing of terrorist acts in the perpetrators *own country against their fellow citizens.*

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                   Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** Righteousness, goodness, virtue, purity.

**Changing Medical Records-***Knowingly* falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                    Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                     Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HiPAH
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:
Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

***Daily Torture*-to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

***Injuries**-harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder**-the **CRIME** of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents**- It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)**- A *breaking of the law*; an infraction; a transgression.

**Collusion**- secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy**- a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights**-Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation**- is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation**- Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud**- deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities**- Unlawful activities

**Forgery**- The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable**- Responsible by law; **LEGAL ANSWERABLE**.

**Slander**- the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation**- the action of *damaging the* **GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution**- is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule.*

***\*Domestic Terrorism**- the committing of terrorist acts in the perpetrators *own country against their fellow citizens.*

**Genocide**- the deliberate killing of a large group of people.

**Internment**- the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts: Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care**.**

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** Righteousness, goodness, virtue, purity.

**Changing Medical Records-*Knowingly*** falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax fraud**.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

3 of 4

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                        Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

4 of 4

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA  HIPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts: Revision: 8

**Obstruction of Justice-**The ***crime*** or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse-** the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of ***physical harm*** to the use of ***fraud*** or ***coercion*** to ***extract financial or material gain from vulnerable seniors***.

**Neglect-**fail to care for properly.

**\*Daily Torture-**to cause (someone) to experience severe ***physical mental, emotional DISTRESS and*** pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries-**harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder-**the ***CRIME*** of simultaneously preparing to commit an unlawful killing and having a ***SPECIFIC INTENT*** to cause the ***death of a human being***.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to ***women*** and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with ***cruelty*** or ***violence***, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, ***deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift***.

**Conspiracy to commit fraud-** deceit, trickery; ***specifically***: ***intentional perversion of truth*** in order to induce another to part with something of value or to ***surrender a legal right***.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement ***damaging to a person's reputation***.

**Defamation-** the action of ***damaging the* GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution-** is a common ***law intentional tort***, while like the tort of ***ABUSE*** of process, its elements include (1) ***intentionally*** (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a ***legal action*** (civil or **CRIMINAL**) that is (2) brought ***without probable cause***. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: ***and cruel and oppressive government or rule.***

**\*\*\*Domestic Terrorism-** the committing of terrorist acts in the perpetrators ***own country against their fellow citizens.***

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts: Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care**.**

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution- Righteousness, goodness, virtue, purity.**

**Changing Medical Records-*Knowingly*** falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                                                   Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                           Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA **HIPAA**
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:
Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse-** the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of ***physical harm*** to the use of ***fraud*** or ***coercion*** to ***extract financial or material gain from vulnerable seniors***.

**Neglect**-fail to care for properly.

**\*Daily Torture-**to cause (someone) to experience severe ***physical mental, emotional DISTRESS and*** pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries-**harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful premeditated killing of one human being by another.

**Attempted/and Attempting Murder-**the *CRIME* of simultaneously preparing to commit an unlawful killing and having a ***SPECIFIC INTENT*** to cause the ***death of a human being***.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind –** acts of gender-based violence that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to ***women*** and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with ***cruelty*** or ***violence***, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, ***deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift***.

**Conspiracy to commit fraud-** deceit, trickery; ***specifically***: ***intentional perversion of truth*** in order to induce another to part with something of value or to ***surrender a legal right***.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement ***damaging to a person's reputation***.

**Defamation-** the action of ***damaging the* GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution-** is a common ***law intentional tort***, while like the tort of ***ABUSE*** of process, its elements include (1) ***intentionally*** (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a ***legal action*** (civil or **CRIMINAL**) that is (2) brought ***without probable cause***. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: ***and cruel and oppressive government or rule.***

**\*\*\*Domestic Terrorism-** the committing of terrorist acts in the perpetrators ***own country against their fellow citizens.***

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                          Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** Righteousness, goodness, virtue, purity.

**Changing Medical Records-*Knowingly*** falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HiPAñ
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse-** the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

**\*Daily Torture-**to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries-**harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder-**the *CRIME* of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind –** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, RACKET, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud-** deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation-** the action of *damaging the* GOOD REPUTATION of someone; slander or libel.

**Malicious persecution-** is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule*.

**\*\*\*Domestic Terrorism-** the committing of terrorist acts in the perpetrators *own country against their fellow citizens*.

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                       Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** **Righteousness, goodness, virtue, purity.**

**Changing Medical Records-***Knowingly* falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something AGAINST THEIR WILL or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existence of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement is intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                                 Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

4 of 4

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HIPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

**\*Daily Torture**-to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries**-harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder**-the **CRIME** of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents**- It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)**- A *breaking of the law*; an infraction; a transgression.

**Collusion**- secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy**- a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights**-Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind** - acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation**- is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation**- Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, RACKET, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud**- deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities**- Unlawful activities

**Forgery**- The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable**- Responsible by law; **LEGAL ANSWERABLE**.

**Slander**- the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation**- the action of *damaging the* GOOD REPUTATION of someone; slander or libel.

**Malicious persecution**- is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule.*

**\*\*\*Domestic Terrorism**- the committing of terrorist acts in the perpetrators *own country against their fellow citizens.*

**Genocide**- the deliberate killing of a large group of people.

**Internment**- the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                     Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution- Righteousness, goodness, virtue, purity.**

**Changing Medical Records-***Knowingly* falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement is intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                    Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HiPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Obstruction of Justice**-The **_crime_** or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of **_physical harm_** to the use of **_fraud_** or **_coercion_** to **_extract financial or material gain from vulnerable seniors_**.

**Neglect**-fail to care for properly.

**\*Daily Torture**-to cause (someone) to experience severe **_physical mental, emotional DISTRESS and_** pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries**-harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder**-the **_CRIME_** of simultaneously preparing to commit an unlawful killing and having a **_SPECIFIC INTENT_** to cause the **_death of a human being_**.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents**- It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)**- A _breaking of the law_; an infraction; a transgression.

**Collusion**- secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy**- a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights**-Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to **_women_** and other people.

**Severe abuse, NEGLECT, financial exploitation**- is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with **_cruelty_** or **_violence_**, **ESPECIALLY** regularly or repeatedly!

**Retaliation**- Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, **_deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift_**.

**Conspiracy to commit fraud**- deceit, trickery; **_specifically_**: **_intentional perversion of truth_** in order to induce another to part with something of value or to **_surrender a legal right_**.

**Gross CRIMINAL activities**- Unlawful activities

**Forgery**- The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable**- Responsible by law; **LEGAL ANSWERABLE**.

**Slander**- the action or **CRIME** of making a false spoken statement **_damaging to a person's reputation_**.

**Defamation**- the action of **_damaging the_** **GOOD REPUTATION** of someone; slander or libel.

**Malicious persecution**- is a common **_law intentional tort_**, while like the tort of **_ABUSE_** of process, its elements include (1) **_intentionally_** (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a **_legal action_** (civil or **CRIMINAL**) that is (2) brought **_without probable cause_**. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: **_and cruel and oppressive government or rule._**

**\*\*\*Domestic Terrorism**- the committing of terrorist acts in the perpetrators **_own country against their fellow citizens._**

**Genocide**- the deliberate killing of a large group of people.

**Internment**- the state of being confined as a prisoner.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                    Revision: 8

**Obstruction of seeking medical care-** Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a Federal health care.

**Confinement against my will-** is the state of being forced to stay in another place which you cannot leave.

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** to fail to file an answer or other response, U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually FOREVER.

**Gross Conflict Of Interest-** A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.

**Destruction Of property/intentional vandalism-** action involving deliberate destruction of, or damage to public or private property.

**HARASSMENT -** *aggressive pressure or intimidation*.

**Conspiracy of Undermine the Sanctity of the U.S. Constitution- Righteousness, goodness, virtue, purity.**

**Changing Medical Records-***Knowingly* falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using *force* or *threats*.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** threats, violence, constraints, or other action brought to bear on someone to do something **AGAINST THEIR WILL** or better judgment.

**Threats-** A statement of an *intention* to *inflict pain, injury, damage*, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party *failed to perform a duty* or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, refusal to *confront facts* or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; *beyond* the limits of acceptability or *fairness*.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                     Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA HIPAA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination
- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence

Things I believe you have done to me. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

- Misused and abused public
- Perjurious, false, misleading statements/decisions
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence
- Irrevocable Loss
- Irreparable Harm

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse**- the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of *physical harm* to the use of *fraud* or *coercion* to *extract financial or material gain from vulnerable seniors*.

**Neglect**-fail to care for properly.

***Daily Torture-**to cause (someone) to experience severe *physical mental, emotional DISTRESS and* pain especially as a form of punishment or to force that person to do or say something.

***Injuries-**harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful premeditated killing of one human being by another.

**Attempted/and Attempting Murder-**the *CRIME* of simultaneously preparing to commit an unlawful killing and having a *SPECIFIC INTENT* to cause the *death of a human being*.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights-**Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based violence that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to *women* and other people.

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with *cruelty* or *violence*, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, *deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift*.

**Conspiracy to commit fraud-** deceit, trickery; *specifically*: *intentional perversion of truth* in order to induce another to part with something of value or to *surrender a legal right*.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement *damaging to a person's reputation*.

**Defamation-** the action of *damaging the* GOOD REPUTATION of someone; slander or libel.

**Malicious persecution-** is a common *law intentional tort*, while like the tort of *ABUSE* of process, its elements include (1) *intentionally* (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a *legal action* (civil or **CRIMINAL**) that is (2) brought *without probable cause*. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: *and cruel and oppressive government or rule*.

*****Domestic Terrorism-** the committing of terrorist acts in the perpetrators *own country against their fellow citizens*.

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

1 of 4

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity of the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in jail along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, AETNA Better Health, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:                                                                                    Revision: 8

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a medical review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

ILND 44  (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**PLAINTIFFS** Debra Rae Wolinsky

**DEFENDANTS** Aetna Insurance Companys, County Care Insurance Co. U.S. Department of Health + Human Serv

**(b)** County of Residence of First Listed Plaintiff COOK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Hartford County

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se (to date)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☑ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☑ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Illinois, Connecticut, USA

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. Previous Bankruptcy Matters** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 38 Million

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

**RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE _____ DOCKET NUMBER _____

**X. This case** (check one box) ☒ Is not a refiling of a previously dismissed action ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD   Debra Rae Wolinsky Pro Se

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## X Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: We linsky vs Aetna Insurance Co.; Case Number: County Care Insurance Company, U.S. Department of Health and Human Services.)

An appearance is hereby filed by the undersigned as a _pro se_ litigant:

Name: Debra Wolinsky

Street Address: 1325 N. State Pkwy #7B

City/State/Zip: Chicago, IL. 60610

Phone Number: 312-787-6322 (substantial hearing loss please try e mail wolinsky@comcast.net, text ONLY 312-339-6323 OR fax 312-787-7998

Signature: Debra Fae Wolinsky

Executed on (date): 8/24/18

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF

Debra Rae Wolinsky )
Plaintiff )
)
)
v. )
Aetna Insurance Company, County )   Case No.
Care Insurance Company, U.S. )
Department of Heath Human )
Services. Defendant )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed _____ Date: 8/24/18

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts that is, amounts before any deductions for taxes or otherwise.*

EMERGENCY

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $1,069.00 | $ N/A |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |
| Retirement (such as <u>social security</u>, pensions, annuities, insurance) | $977.00 | $ | $ Same | $ |
| Disability (such as social security, insurance payments) ~~SSI~~ | $0 | $0 | $0 | $ |
| Unemployment payments | $0 | $ | $0 | $ |
| Public-assistance (such as welfare) | $0 why? | $ | $0 | $ |
| Other (specify): Food Stamp | $192.00 | $ | $192.00 Now | $ |
| **Total monthly income:** | $1,069. | $ N/A | $ 1,069. | $ N/A |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address N/A | Dates of employment N/A | Gross monthly pay |
|---|---|---|---|
| Severely disabled | | | $0 |
| | | | $0 |
| | | | $0 |

EMERGENCY

3. List your ~~spouse's~~ employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

N/A

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $0 |
| | | | $0 |
| | | | $0 |

4. How much cash do you ~~and your spouse~~ have? $2,383.91 *(but I wrote checks, that have not posted against that, as of 8/25/18 like my rent. scheduled for 9/4/18 = $1,443!*

N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has N/A |
|---|---|---|---|
| Chase Bank | Direct Deposit | $2,383.91 8/25/18 | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own ~~or your spouse~~ owns. Do not list clothing and ordinary household furnishings.

N/A N/A

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $0 | (Value) $0 |
| | | Make and year: 0 |
| | | Model: 0 |
| | | Registration #: 0 |

EMERGENCY

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or ~~your spouse~~ for support. N/A

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| No one, anymore. | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. ~~Show separately the amounts paid by your spouse~~. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. N/A

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $1443.94 | $N/A |
| Are real estate taxes included? [ ] Yes [X] No<br>Is property insurance included? [ ] Yes [X] No | | |

EMERGENCY

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

[ ] Yes [ ] No     *If yes, describe on an attached sheet.* Subject to Sudden Death, and OTHER Degenerative Diseases. (All non-contagious) Life threatening and devastating.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

*If yes, how much?* $0

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Below poverty limit, State has NEVER given me cash assistance, which I need. Bedbound (practically) chairbound all the time. Hardly leave my apt. Have to use ambulance, taxi $ or even more $, Uber/Lyft line.

12. *State the city and state of your legal residence.*
    Chicago, IL.

*Your daytime phone number:* (312) 787-6322

*Your age:* 68 this Sept. 18th, 2018   *Your years of schooling:* 2 years college

*Last four digits of your social-security number:* 5776

EMERGENCY

see below

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 112.15 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food Stamps | $ 192.00 | $ |
| Clothing | $ | $ |
| Laundry and ~~dry cleaning~~   Detergent + some clothes | $ 18.00 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 40.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments   N/A | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: Rent | $ 1443.74 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify):   utilities (see abv)  electricity | $ 121.00 Jan&s | $ |
| **Total monthly expenses:** | $ 1,926.89 | $ |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## XAppearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Welinsky vs Aetna Insurance Co, Case Number:
County Care Insurance Company, U.S. Department of
Health and Human Services.)

An appearance is hereby filed by the undersigned as a _pro se_ litigant:

Name: Debra Wolinsky

Street Address: 1325 N. State Pkwy # 7B

City/State/Zip: Chicago IL 60610

Phone Number: 312-787-6322 substantial hearing loss please try

email: wolinsky ___ @gmail.com, text ONLY 312-339-6323 OR fax 312-
787-7998

Signature Debra Fae Wolinsky

Executed on (date) 8/24/18

# REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF

Debra Rae Wolinsky )
Plaintiff )
)
)
v. )
Aetna Insurance Company, County ) Case No.
Care Insurance Company, U.S. )
Department of Health + Human )
Services. Defendant )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed _____ Date: 8/24/18

My issues on appeal are:

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts that is, amounts before any deductions for taxes or otherwise.*

EMERGENCY

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $1,069.00 | $ N/A |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $977.00 | $ | $ same | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 why? | $ | $ 0 | $ |
| Other (specify): Food Stamp | $192.00 | $ | $192.00 | $ |
| **Total monthly income:** | $1,069. | $ N/A | $ 1,069. | $ N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address N/A | Dates of employment N/A | Gross monthly pay |
|---|---|---|---|
| Selected/disabled | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

EMERGENCY

N/A

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $0 |
| | | | $0 |
| | | | $0 |

4.  How much cash do you and your spouse have? $2,383.91 (but I wrote checks, that have not posted against that, as of 8/25/18 like my rent, scheduled for 9/4/18 = $1,443.

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has N/A |
|---|---|---|---|
| Chase Bank | Direct Deposit | $2,383.91 8/25/18 | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $0 | (Value) $0 |
| | | Make and year 0 |
| | | Model: 0 |
| | | Registration # 0 |

EMERGENCY

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your ~~spouse~~ |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.  N/A
    State the persons who rely on you or ~~your spouse~~ for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| No one, anymore. | N/A | N/A |
| | | |
| | | |

8.  Estimate the average monthly expenses of you and your family. ~~Show separately the~~ N/A ~~amounts paid by your spouse.~~ Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $1443.74 | $ N/A |
| Are real estate taxes included? [ ] Yes [X] No | | |
| Is property insurance included? [ ] Yes [X] No | | |

EMERGENCY

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes [ ] No     *If yes, describe on an attached sheet.* Subject to Sudden Death, and OTHER Degenerative Diseases. (All non-contagious) Life threatening and devastating.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

    *If yes, how much?* $0

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Below poverty limit, State has NEVER given me cash assistance, which I need. Bedbound/Chairbound practically all the time. Hardly leave my apt. Have to use ambulance, taxi $ or even more $, Uber, lyft line. (pool).

12. *State the city and state of your legal residence.*
    Chicago, IL.

    *Your daytime phone number:* (312) 787-6322

    *Your age:* 68 this Sept. 8th, 2018     *Your years of schooling:* 2 years college

    *Last four digits of your social-security number:* 5776

EMERGENCY

*see below*

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 112.15 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food Stamps | $ 192.00 | $ |
| Clothing | $ | $ |
| Laundry and dry cleaning   Detergent + some clothing | $ 18.00 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 40.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments   N/A | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: Rent | $ 1443.74 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify):   utilities (see above) electricity | $ 121.00 James | $ |
| **Total monthly expenses:** | $ 1,926.89 | $ |

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

Debra Rae Wolinsky

v.

Case Number:

Judge:

Defendant(s) Aetna Insurance Company,
Count Care Insurance Company,
U.S. Department of Health and Human Services.

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1.  I, Debra Wolinsky _____, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an
    attorney. I hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
    (NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan
    Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney
    General, Public Interest Law Initiative Chicago Legal Midland Pro Bono, Debt
    Chicago IL Legal Aid, Pro Bono Fair Lawyers Pro Bono The Chicago Bar
    Chicago but I have been unable to find an attorney because: Most everyone told me they
    are overbooked and understaffed. Many more.

3.  I declare that (check all that apply):
    *(Now:)*
    ☒ I *am not* currently represented by an attorney requested by the Court in any federal
    criminal or civil case.

    OR

    ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal
    or civil case. The case is described on the back of this page.

    *(Earlier:)*
    ☐ I *have not* previously been represented by an attorney requested by the Court in any
    federal criminal or civil case.

    OR
    ☒ I *have* previously been represented by an attorney requested by the Court in a federal
    criminal or civil case. The case is described on the back of this page.

4.  I declare that (check one):
    ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis*
    detailing my financial status.

    Please appoint me represenTation of Lawyer/Firm with significant time an
    resources to fairly pump up against Behemouths with successful outco
    in similar actions.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alex Azar II., Secretary.

4. Defendant, **U.S. Department of Heath & Human Services and Alex Azar II**, is
(name, badge number if known)

☒ an officer or official employed by **U.S. Department of Health and Human Services**,
(department or agency of government)
**See Defendants' list, attached.** or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.* next page

5. The municipality, township or county under whose authority defendant officer or official

acted is **Hartford County, Hartford CT. 06156** As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about **Sept 2016 - to date** at approximately **12:01** ☒ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of **Cook**,

State of Illinois, at **325 N. State Parkway, #7B, Chicago, IL. 60610**
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that
applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
**please refer to my, "in my opinion, irrefutable evidences"
of each.**

**Under Americans with Disabilities Act of 1990, let my WORKING medical Alert animal
out to toilet.**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

listed US/Aetna(Mark Bertolini), CEO)and minions listed, County Cass and it's contact minions US. Department of Health + Human Services (sec. Alex Azar II, no investigation or oversight) etc.

7.    Defendant officer or official acted pursuant to a custom or policy of defendant
      See above and next page, please,
      municipality,  county or township, which custom or policy is the following: (*Leave blank*

      *if no custom or policy is alleged):* contrary to any existing laws and
      defendants' policies.

      _____

      _____

      _____


8.    Plaintiff was charged with one or more crimes, specifically:

      Please charge all (more?) of my listed allegations.

      _____

      _____

      _____

      _____


9.    (*Place an X in the box that applies.  If none applies, you may describe the criminal
      proceedings under "Other"*)  The criminal proceedings

      ☐   are still pending.

      ☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

      ☒   Plaintiff was found guilty of one or more charges because defendant deprived me of a

      fair trial as follows: No " State Fair Hearing", Rigged, Gross Conflict
      of Interest, lies, false testimony, "crafted, etc. Discriminatory to max.
      ☒ Other Please see allegations list. "I believe" that each is irrefutable;
      and in the attached evidence>

      [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
      may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
      conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Documented, Evidence/Proof of all allegations, in my opinion.
PLEASE, I request all maximum sanctions, penalties etc, See attached
list.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

Physical injuries, attempted/attempting my murder, Neglect, every form
of abuse, financial exploitation, undermining the sanctity of the United States
Constitution (Fed, & State Existing Law) please see list with definitions, as I
understand them.

13.    Plaintiff asks that the case be tried by a jury.    ☒ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint. *(see attached allegations lists)*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against *each* the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

D. Let my medical alert [working] dog NOT A PET, for toileting, as I no longer walk

Plaintiff's signature: *Debra Rae Wohnsky*

Plaintiff's name *(print clearly or type)*: Debra Rae Wohnsky

Plaintiff's mailing address: 325 N. State Pkwy. #17B

City Chicago   State IL   ZIP 60610

Plaintiff's telephone number: (312) 787-6322

Plaintiff's email address *(if you prefer to be contacted by email)*: No email

E. Emergency Advance of 140,000, so I can pay off loans, I had to take on since 20__ For two hundred dollars a month, raise in rent, as of Oct 1, 2018, pay for emergency CNA's nurse, more medical supplies etc. etc. etc.

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

I cannot remember. Maybe 1994? Lance Chavin (minor) by Mother and next friend: Debra Wohnsky

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/24/19

Signature of Applicant

Debra Rae Wolinski
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

Date

Signature of Authorized Officer

(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)
Debra Rae Wolinsky

Case Number:

Defendant(s) Aetna Insurance Company,
Count Care Insurance Company,
U.S. Department of Heath and Human Services.

Judge:

## MOTION FOR ATTORNEY REPRESENTATION

(NOTE: Failure to complete all items may result in the denial of this motion. )

1.   I, Debra Wolinsky_____, declare that I am the (check appropriate box)
☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an
attorney. I hereby ask the Court for an attorney to represent me in this case.

2.   I declare that I have contacted the following attorneys/organizations seeking representation:
(NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan
Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney
General, Public Interest Law Initiative, Chicago Legal Highland ProBono, Debt
Chicago JL Legal Aid, Pro Bono Aide, Lawyers, ProBono-The Chicago Bar
Chicago Legal Clinic, www.civicrt buddy.com, ProBonoServiceInitiatyejul.dChicago
Chicago, but I have been unable to find an attorney because: Most everyone told me, they
are over booked and understaffed. Many more.

3.   I declare that (check all that apply):
     (Now:)
     ☒ I am not currently represented by an attorney requested by the Court in any federal
        criminal or civil case.

     OR

     ☐ I am currently represented by an attorney requested by the Court in a federal criminal
        or civil case. The case is described on the back of this page.

     (Earlier:)
     ☐ I have not previously been represented by an attorney requested by the Court in any
        federal criminal or civil case.

     OR [1994)
     ☒ I have previously been represented by an attorney requested by the Court in a federal
        criminal or civil case. The case is described on the back of this page.

4.   I declare that (check ·one):
     ☒ I have attached an original Application for Leave to Proceed In Forma Pauperis
        detailing my financial status.

Please appoint me representation of Lawyer/Firm with significant + an
Rev. 06/23/2016
resources to fairly go up against Behemoths with successful outcome
in similar actions.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alex Azar II., Secretary.

4. Defendant, U.S. Department of Health & Human Services and Alex Azar II, is
   (name, badge number if known)

☒ an officer or official employed by U.S. Department of Health and Human Services.
   (department or agency of government)

See Defendants' list, attached.                                                  or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.* Next page

5. The municipality, township or county under whose authority defendant officer or official

   acted is Hartford County, Hartford CT. 06156 As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about  Sept 2016 - to date  at approximately  12:01  ☒ a.m. ☐ p.m.
                (month, day, year)

   plaintiff was present in the municipality (or unincorporated area) of _____

   _____ , in the County of  Cook  ,

   State of Illinois, at 325 N. State Parkway, #7B, Chicago, IL 60610
              (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that
   applies)*:

   ☐  arrested or seized plaintiff without probable cause to believe that plaintiff had
      committed, was committing or was about to commit a crime;
   ☐  searched plaintiff or his property without a warrant and without reasonable cause;
   ☐  used excessive force upon plaintiff;
   ☒  failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
      one or more other defendants;
   ☒  failed to provide plaintiff with needed medical care;
   ☒  conspired together to violate one or more of plaintiff's civil rights;
   ☒  Other:
      please refer to my, "in my opinion, irrefutable evidences"
      of each.

   Under Americans with Disabilities Act of 1990, let my WORKING medical alert animal
   out to toilet.'

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

listed us Aetna/Mark Bertolini, CEO and minons listed, County Cans and its contact minions, Department of Heath + Human Services/Sec-AlexAzar II, no investigation or oversight etc.

7. Defendant officer or official acted pursuant to a custom or policy of defendant

See book and next page, please,

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): contrary to any existing laws and defendants' policies.

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

Please charge all (more?) of my listed allegations.

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows = "State Fair Hearing", Rigged, Gross Conflict of Interest, lies, false testimony, "crafted, etc. Discriminatory to max.

☒ Other Please see allegations list. I believe that each is irrefutable, and in the attached evidences

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Documented, Evidence/Proof of all allegations, in my opinion. PLEASE, I request all maximum sanctions, penalties etc. See attach option list.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

Physical injuries, attempted/attempting my murder, Neglect, every form of abuse, financial exploitation, undermining the sanctity of the United States Constitution (Fed. & State Existing Law) please see list with definitions, as I understand them.

13.    Plaintiff asks that the case be tried by a jury. ☒ Yes    ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint. *(see attached allegations lists)*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B. ☒ *(Place X in box if you are seeking **punitive damages**.)* Punitive damages

against ~~the~~ each NEW individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

D. Let my medical alert work on dog. Not a PET. for toileting, as I longer walk

Plaintiff's signature: *Debra Rae Wolinsky*

Plaintiff's name *(print clearly or type):* Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy. #17B.

City Chicago                  State IL.          ZIP 60610

Plaintiff's telephone number: (312) 787-6322 .

Plaintiff's email address *(if you ~~prefer~~ No reply to be contacted by email):* ~~wolinskylaw@gmail.com~~

E. Emergency Advance of 140,000, so I can pay off loans, I need to I've been since 20

For two hundred dollars a month, raise in rent, as of Oct. 1, 2018, pay for emergency CNA's

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No    nurse, more medical supplies, etc. etc. etc.

*If yes, please list the cases below.*

I cannot remember. Maybe 1994? Lance Chavin, (minor), by Mother and next friend, Debra Wolinsky

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/24/19

Signature of Applicant

Debra Rae Wolinsky
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

Date _____

Signature of Authorized Officer

(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

EMERGENCY COPY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

Debra Rae Wolinsky

Case Number:

Judge:

Defendant(s) Aetna Insurance Company,
Count Care Insurance Company,
U.S. Department of Health and Human Services.

## MOTION FOR ATTORNEY REPRESENTATION

(NOTE: Failure to complete all items may result in the denial of this motion.)

1.  I, Debra Wolinsky _____, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an
    attorney. I hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
    (NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan
    Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney
    General, Public Interest Law Initiative, Chicago Legal Aid and Pro Bono, Debt,
    Chicago IL Legal Aid, Pro Bono Super Lawyers, Pro Bono-The Chicago Bar
    Chicago Legal Clinic, www.court buddy.com Pro Bono Service Initiative, id of Chicago Bar, Legal
    Chicago but I have been unable to find an attorney because: Most everyone, told me, they
    are overbooked and understaffed. Many more.

3.  I declare that (check all that apply):
    *(Now:)*
    ☒  I *am not* currently represented by an attorney requested by the Court in any federal
       criminal or civil case.
    OR
    ☐  I *am* currently represented by an attorney requested by the Court in a federal criminal
       or civil case. The case is described on the back of this page.

    *(Earlier:)*
    ☐  I *have not* previously been represented by an attorney requested by the Court in any
       federal criminal or civil case.
    OR [illegible]
    ☒  I *have* previously been represented by an attorney requested by the Court in a federal
       criminal or civil case. The case is described on the back of this page.

4.  I declare that (check ·one):
    ☒  I have attached an original Application for Leave to Proceed *In Forma Pauperis*
       detailing my financial status.

    Please appoint me representation of Lawyer/Firm with significant time an
    resources to fairly go up against Behemoths with successful outcome
    in similar actions.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alex Azar II., Secretary.

4.  Defendant, U.S. Department of Health r Human Services and Alex Azar II, is
    (name, badge number if known)

    ☒ an officer or official employed by U.S. Department of Health and Human Services,
    (department or agency of government)
    See Defendants' list, attached.                                                    or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.* next page

5.  The municipality, township or county under whose authority defendant officer or official

    acted is Hartford County, Hartford CT. 06156 As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about Sept 2016 - to date, at approximately 12:01 ☒ a.m. ☐ p.m.
    (month,day, year)
    plaintiff was present in the municipality (or unincorporated area) of _____

    _____, in the County of Cook _____,

    State of Illinois, at 325 N. State Parkway, #7B, Chicago, IL 60602
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐  arrested or seized plaintiff without probable cause to believe that plaintiff had
       committed, was committing or was about to commit a crime;
    ☐  searched plaintiff or his property without a warrant and without reasonable cause;
    ☐  used excessive force upon plaintiff;
    ☒  failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
       one or more other defendants;
    ☒  failed to provide plaintiff with needed medical care;
    ☒  conspired together to violate one or more of plaintiff's civil rights;
    ☒  Other:
       please refer to my, "in my opinion, irrefutable evidences"
       of each.

    Under Americans with Disabilities Act of 1990, let my WORKING medical alert animal
    out to toilet.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMErGEN+ etc no over

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

listed, us. Aetna/Mark Bertolini, CEO and minons listed, County Cars and it's contact minions, Department of Health + Human Services (sec. Alex Azar II, no investigation or oversight) etc.

No oversight

7. Defendant officer or official acted pursuant to a custom or policy of defendant

   See above and next page, Please,

   municipality, county or township, which custom or policy is the following: (*Leave blank*

   *if no custom or policy is alleged*): contrary to any existing laws and

   defendants' policies.

   _____

   _____

   _____

8. Plaintiff was charged with one or more crimes, specifically:

   Please charge all (more?) of my listed allegations.

   _____

   _____

   _____

   _____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff is/was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows: via "State Fair Hearing", Rigged, Gross Conflict of Interest, lies, false testimony, "crafted, etc. Discriminatory to max.

   ☒ Other: Please see allegations list. "I believe" that each is irrefutable, and in the attached evidence=

   [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

ENCHODN CY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Documented, Evidence/Proof of all allegations, in my opinion. PLEASE, I request all maximum sanctions, penalties, etc, See other option. list.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

Physical injuries, attempted/attempting my murder, Neglect, every form of abuse, financial exploitation, undermining the sanctity of the United States Constitution, Fed, & State Existing Law please see list with definitions, as I understand them.

13.    Plaintiff asks that the case be tried by a jury.  ☒ Yes      ☐ No

4

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint. *(see attached allegations lists)*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the *each* individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

*D. Let my medical/alert working dog NOT in Pet restriction building, as I no longer walk*

Plaintiff's signature: _Debra A. Wolinsky_

Plaintiff's name *(print clearly or type):* Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy #17B.

City Chicago   State IL   ZIP 60610

Plaintiff's telephone number: (312) 787-6322

Plaintiff's email address *(if you prefer to be contacted by email):* *No reply*

*E. Emergency Advance of $40,000, so I can pay off loans; I need to [illegible] since 20[?] for two hundred dollars a month, raise in rent, as of Oct 1, 2018, pay for emergency CNA's, nurse, more medical supplies etc. etc. etc.*

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*I cannot remember. Maybe 1994? Lance Chavin (minor) by Mother and next friend Debra Wolinsky*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

EMERGENCY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/24/19

Debra Rae Wolinsky
Signature of Applicant

Debra Rae Wolinsky
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

Date _____

_____
Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of U.S. Department of Health and Human Serv
200 Independence Ave. SW
Room 509 F, HHH Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of US. Department of Health and Human Servi
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of U.S. Department of Health and Human Servi
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretory of U.S. Department of Health and Human Servi
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK                                    DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of U.S. Department of Health and Human Servi
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of US Department of Health and Human Serv
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____                    _____
(By) DEPUTY CLERK                                                          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of US. Department of Health and Human Servi
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

DATE



AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK                                          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

_____ v. _____

**CASE NUMBER:**

**ASSIGNED JUDGE:**

**DESIGNATED MAGISTRATE JUDGE:**

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____          _____
(By) DEPUTY CLERK                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### ⟨SUMMONS⟩ IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Debra Wolinsky/Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky/Pro Se
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### (SUMMONS) IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO of AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John J. Shannon, CEO of County Care and County Care Insurance
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. # 7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John J. Shannon, CEO of County Care and County Care Insurance
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

DEPUTY CLERK                                                                          DATE

**Aetna Better Health® of Illinois**
333 W. Wacker Dr., Ste. 2100
Chicago, IL 60606

aetna

# AETNA BETTER HEALTH® OF ILLINOIS
## Notice of Privacy Practices

**This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully.**

Effective July 1, 2016 *NO! Read on, they "told me" Sept 1, 2016*

### What do we mean when we use the words "health information"
We use the words "health information" when we mean information that identifies you. Examples include your:

- Name
- Date of birth
- Health care you received
- Amounts paid for your care

### How we use and share your health information

**Help take care of you:** We may use your health information to help with your health care. We also use it to decide what services your benefits cover. We may tell you about services you can get. This could be checkups or medical tests. We may also remind you of appointments. We may share your health information with other people who give you care. This could be doctors or drug stores. If you are no longer with our plan, with your okay, we will give your health information to your new doctor.

**Family and friends:** We may share your health information with someone who is helping you. They may be helping with your care or helping pay for your care. For example, if you have an accident, we may need to talk with one of these people. If you do not want us to give out your health information, call us.
If you are under eighteen and don't want us to give your health information to your parents, call us. We can help in some cases if allowed by state law.

**For payment:** We may give your health information to others who pay for your care. Your doctor must give us a claim form that includes your health information. We may also use your health information to look at the care your doctor gives you. We can also check your use of health services.

**Health care operations:** We may use your health information to help us do our job. For example, we may use your health information for:

- Health promotion
- Case management
- Quality improvement

- Fraud prevention
- Disease prevention
- Legal matter



**www.aetnabetterhealth.com/illinois**
IL-16-06~19