N4

_Emergency_

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

# FILED

OCT 2 9 2018 LA

**THOMAS G BRUTON
CLERK, U.S DISTRICT COURT**

_Debra Rae Wolinsky_ severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carp )
Tunnel in both wrists. )
Keyboard and computer )
     Plaintiff(s), )
illiterate. Alone )
vs. )
     )
Aetna Insurance Co. (Mark Bertolini, CEO) )
Insurance Company )
County Care (John Jay Shannon) CEO U.S. Department )
of Health and Human Services (Alex Azar II) )
     Defendant(s). )
Secretary

Case No. 1:18-CV-05997

(amended)
## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3**A.**    Plaintiff's full name is Debra Rae Wolinsky

3B. Please do not destroy or lose, the original complaint. I have no money to recopy all

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

the _irrefutable_ evidence, nor the physical and sometimes mental fatigue, due to my life threatening illnesses. Consider this also a reasonable accommodation, afforded to me under the U.S. Constitution. Allow good faith and compliance, as my evidence must be read, to _substantiate_ my meritorious complaints/allegations.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Please see attached List** , is

(name, badge number if known)

[X] an officer or official employed by **United States Department of Health and Human Services, Alex Azar II Secretary**

(department or agency of government)

or

[X] an individual not employed by a governmental entity. **Aetna Insurance Company and CEO Mark Bertolini, CountyCare Insurance Company and CEO Ann J. Sheanne**

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Void, I am unable to file, without fair legal Representation** . As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **9/1/2016, & they say 7/2016** , at approximately **12:01** [X] a.m. ☐ p.m.

(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of **Chicago IL 60610**

, in the County of **Cook** ,

State of Illinois, at **1325 N. State Parkway #7B, Chicago, IL 60610**

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

[X] failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

[X] failed to provide plaintiff with needed medical care;

[X] conspired together to violate one or more of plaintiff's civil rights;

[X] Other:

**See attached after complaint. Then, the lion's share of what "I believe" is Evidence.**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case #: 1:18-CV-0599

_Beyond Confused. NDS_

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank
if no custom or policy is alleged*): U.S. Constitution, Federal + State Laws.

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

N/A

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____

☐ Other: Must be found guilty and maximum sanctions, fines,
prison sentences demanded by law! Perhaps more due to degree of
intention, egregious conduct, and act as a deterrent for others. Grant all
of my requests.

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

Case #1:18-CV-05997

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Please see, what "I believe" is Evidence to all my allegations

11. Defendant acted knowingly, intentionally, willfully and maliciously. Without a doubt.

12. As a result of defendant's conduct, plaintiff was injured as follows:

See allegations list. Plus 3rd degree burns, twice. Need skin grafting. 3 broken toes, numerous falls, impeded my ability to seek medical care, and abuse of every kind, except sexual. See allegations, please.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such and Constitutional

as ~~false arrest~~, assault, battery, false imprisonment, malicious ~~prosecution~~ Persecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendants.

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorneys' ~~attorney's~~ fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Debra Wolinsky

Plaintiff's name *(print clearly or type):* Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy. #17B

City Chicago      State IL      ZIP 60610

Plaintiff's telephone number: (312) 787-6322

Plaintiff's email address *(if you prefer to be contacted by email):* wolinskydebra@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

Cannot remember. One was Lance Chavin (minor) and next friend, Mother, Debra Wolinsky vs CPS

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

# The Defendants

Personal and Confidential
Mark Bertolini, CEO of AETNA and AETNA Insurance Company
151 Farmington Ave.
Hartford, CT 06156

Personal and Confidential
John J. Shannon, CEO of County Care and County Care Insurance Co.
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

Personal and Confidential
Alex Azar II, Secretary of U.S. Department of Health and Human Services and U.S. Department
of Health and Human Services
200 Independence Ave. SW
Room 509 F, HHH Building
Washington, DC 20201

Case number: 1:18-cv-05997

# STATEMENT OF CLAIMS

Things I believe you have done to me. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revised on 09/29/18

Revision: 9

- Obstruction of Justice
- Elder Abuse
- Neglect
- *Daily Torture
- *Injuries
- Falsification Of government documents
- Violations of RICO Act (Mail and Wire Fraud?!)
- Collusion
- Conspiracy
- Gross violations of Human and Civil Rights
- Atrocities against woman/mankind
- Severe abuse, NEGLECT, financial exploitation
- Retaliation
- Fraud
- Conspiracy to commit fraud
- Gross CRIMINAL activities
- Forgery
- Liable
- Slander
- Defamation
- Malicious persecution
- ***Domestic Terrorism
- Failing to respond (Letters, emails, fax, texts)
- Abandonment
- Gross Conflict Of Interest
- HARASSMENT
- Abandonment of Fiduciary Responsibility
- Specific Intent law
- Bullying
- Coercion
- Felony Violation of HIPPA
- Intimidation
- Duress
- Threats
- Intentional Sadism
- Contract Dispute
- Bad Faith
- Insurance Fraud
- Treason
- Vexation and unreasonable
- Discrimination

# STATEMENT OF CLAIMS

Things I believe you have done to me. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:    Revised on 09/29/18

Revision: 9

- High Crimes and misdemeanors (and bribery?)
- Abuse of power
- The treating of people with brutality
- *Delay impede, cover up and conceal the existing of evidence XXX
- Misused and abused public
- Perjurious, false, misleading statements/decisions xxx
- Tax evasion
- *Reckless disregard of the facts with intent of denying my services
- Willful neglect
- Preponderance of Evidence, won't even look at my documented evidence!
- Irrevocable Loss
- Irreparable Harm
- Perjury
- Inaccurate and factually, incorrect
- Bad Faith, all around!

# Statement of Claim

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revised on 09/29/18

Revision: 8

**Obstruction of Justice**-The *crime* or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or legal process.

**Elder Abuse-** the mistreatment or exploitation of senior citizens -- can take many different forms. Instances of elder abuse range from the infliction of ***physical harm*** to the use of ***fraud*** or ***coercion*** to ***extract financial or material gain from vulnerable seniors***.

**Neglect**-fail to care for properly.

**\*Daily Torture**-to cause (someone) to experience severe ***physical mental, emotional DISTRESS and*** pain especially as a form of punishment or to force that person to do or say something.

**\*Injuries**-harm, hurt, damaged, pain, suffering, impairment, affliction, disfigurement.

**Murder? -** The unlawful **premeditated killing** of one human being by another.

**Attempted/and Attempting Murder**-the ***CRIME*** of simultaneously preparing to commit an unlawful killing and having a ***SPECIFIC INTENT*** to cause the ***death of a human being***.

**Mass Murder? -** The murder of a large number of people.

**Falsification Of government documents-** It involves altering, changing, or modifying a **document** for the purpose of deceiving another person.

**Violations of RICO Act (murder?!, Mail and Wire Fraud?!)-** A *breaking of the law*; an infraction; a transgression.

**Collusion-** secret or illegal cooperation or conspiracy, especially in order to cheat or deceive others.

**Conspiracy-** a secret plan by a group to do something unlawful or harmful.

**Gross violations of Human and Civil Rights**-Intentional Obstruction of Human and Civil Rights

**Atrocities against woman/mankind -** acts of gender-based **violence** that result in, or are likely to result in, physical, sexual, psychological or economic harm or suffering to ***women*** **and other people.**

**Severe abuse, NEGLECT, financial exploitation-** is a fast-growing form of abuse of seniors and adults with disabilities. Treat (a person or an animal) with ***cruelty*** or ***violence***, **ESPECIALLY** regularly or repeatedly!

**Retaliation-** Revenge, vengeance, reprisal, retribution, requital, recrimination, response, reaction, reply, counterattack.

**Fraud -** Wrongful or criminal deception intended to result in financial or personal gain. Swindle, **RACKET**, ***deception, trick, cheat, hoax, scam, con, rip-off, sting, gyp, hustle, and grift***.

**Conspiracy to commit fraud-** deceit, trickery; **specifically**: ***intentional perversion of truth*** in order to induce another to part with something of value or to ***surrender a legal right***.

**Gross CRIMINAL activities-** Unlawful activities

**Forgery-** The action of forging or producing a copy of a document, signature, banknote, or work of art.

**Liable-** Responsible by law; **LEGAL ANSWERABLE**.

**Slander-** the action or **CRIME** of making a false spoken statement ***damaging to a person's reputation***.

**Defamation-** the action of ***damaging the GOOD REPUTATION*** of someone; slander or libel.

**Malicious persecution-** is a common ***law intentional tort***, while like the tort of ***ABUSE*** of process, its elements include (1) ***intentionally*** (and maliciously) instituting and pursuing (or causing to be instituted or pursued) a ***legal action*** (civil or **CRIMINAL**) that is (2) brought ***without probable cause***. Oppression, victimization, ill-treatment, mistreatment, abuse, ill-usage, discrimination, **TYRANNY**: ***and cruel and oppressive government or rule***.

# Statement of Claim

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revised on 09/29/18

Revision: 8

**\*\*\*Domestic Terrorism-** the committing of terrorist acts in the perpetrators **_own country against their fellow citizens._**

**Genocide-** the deliberate killing of a large group of people.

**Internment-** the state of being confined as a prisoner.

**Obstruction of seeking medical care-** Whoever <u>willfully</u> prevents, obstructs, misleads, delays or attempts to prevent, **obstruct**, mislead, or delay the communication of information or records relating to a violation of a <u>Federal health care.</u>

**Confinement against my will-** is the state of being <u>forced to stay</u> in another <u>place which you cannot leave.</u>

**Conspiracy to deprive me of basic human rights (food, medical assistance, prescription medication, transportation, etc.)-**to be withheld from basic needs

**Failing to respond (Letters, emails, fax, texts) -** <u>to fail to file an answer or other response,</u> U.S. Department of Insurance Rules.

**Abandonment-** The act of leaving someone or something of offending or stopping something, usually <u>FOREVER.</u>

**Gross Conflict Of Interest-** <u>A situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity.</u>

**Destruction Of property/intentional vandalism-** action involving <u>deliberate</u> destruction of, or damage to public or private property.

**HARASSMENT - _aggressive pressure or intimidation_.**

**Conspiracy of Undermine the Sanctity of the U.S. Constitution-** Righteousness, goodness, virtue, purity.

**Changing Medical Records-_Knowingly_** falsifying medical records is a **FELONY** crime with a potential fine of 250,000 or five years in prison.

**Abandonment of Fiduciary Responsibility-** When one person does agree to act for another in a fiduciary relationship, <u>the law **FORBIDS** the fiduciary, from acting in any manner adverse or contrary to the interests of the client, or from acting for his own benefit in relation to the subject matter.</u>

**Specific Intent law-** crimes require the individual who commits the crime to have a certain **INTENT** or purpose when the **CRIME** was committed.

**Bullying-** use superior strength or influence to intimidate (someone), typically to force him or her to do what one wants.

**Coercion-** the practice of persuading someone to do something by using **_force_** or **_threats_**.

**Felony Violation of HIPPA-**Disclosing and changing medical information/records.

**Intimidation-** the action of intimidating someone, or the state of being intimidated.

**Duress-** <u>threats</u>, <u>violence</u>, <u>constraints</u>, or other action brought <u>to bear on someone to do something **AGAINST THEIR WILL** or better judgment.</u>

**Threats-** A statement of an **_intention_** to **_inflict pain, injury, damage_**, or other hostile action or someone in retribution for something done or not done.

**Intentional Sadism-** A tendency to cause **intentional** damage or danger. Deriving pleasure from someone else's pain.

**Contract Dispute-** Considered a breach of contract, meaning that a party **_failed to perform a duty_** or promise that they agreed to in the contract. Refusal to abide by contracts, law, etc.

**Bad Faith- INTENT** to deceive, <u>refusal</u> to **_confront facts_** or choices

**Insurance Fraud-** Any act committed with the **INTENT** to obtain a fraudulent outcome

# Statement of Claim

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revised on 09/29/18
Revision: 8

**Treason-** Treachery, **CRIME**, disloyalty, betrayal, faithlessness.

**Vexation and unreasonable-**causing or tending to cause annoyance, frustration, or worry; **_beyond_** the limits of acceptability or **_fairness_**.

**Discrimination-** The unjust illegal or prejudicial treatment of different categories of people or things.

# Statement of Claim

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

Revised on 09/29/18

Revision: 8

**High Crimes and misdemeanors (and bribery?)-** Wrongdoing, evil deed, crime, **felony**.

**Abuse of power-** The form of "malfeasance in office" or "official misconduct," is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties (or personal gain.)?

**The treating of people with brutality-** Is cruel and violent treatment or behavior

**Misappropriation of Government funds-** The misuse of public funds from loaning, using, or converting those funds, or depositing or exchanging them, except as authorized by law.

**\*Delay impede, cover up and conceal the existing of evidence-** An effort or strategy of concealment, especially a planned effort to prevent something potentially scandalous from becoming public.

**Misused and abused their office by deceiving the American public-** the form of political corruption, is the use of legislated or otherwise authorized powers by government officials for illegitimate private gain.

**Perjurious, false, misleading statements/decisions-** There are fines for businesses that **mislead** consumers. It does whether a false or misleading statement was intentional or not.

**Disclosing Confidential Information-** without the consent of the individual only as mandated by law, or where permitted by law for a valid purpose

**\*\*\*Serious assault on the Integrity on the processes of Government-** a public official; he or she is being corrupt in obvious ways: soliciting or accepting a bribe, or accepting a gift or favor in return for official action.

**Tax evasion-** the illegal nonpayment or underpayment of tax.

**Filing false income tax returns-** Filing a fraudulent return **can** result in fines up to $250,000 for an individual or $500,000 for a corporation and up to 3 years in **jail** along with the cost of prosecution for dollar **tax** fraud.

**Using Judicial Power unlawfully-** Authority, both constitutional and legal, given to the courts and its judges (1) to preside over and render judgment on court-worthy cases; (2) to enforce or void statutes and laws when scope or constitutionality are questioned (3) to interpret statutes and laws when disputes arise. Bribes?

**Using office for Financial Gain?-** (earned or unearned) accruing over a given period of time. winnings, profits, win - something won (especially money)

**Making false statements while Under Oath-** is the intentional act of swearing a false oath or falsifying an affirmation to tell the truth, whether spoken or in writing, concerning matters material to an official proceeding. See State "Fair" Hearing. Hear Auditory remarks at State "Fair" Hearing they provided to me! Denied video?

**Stalking-** creep up on, trail, follow, shadow, track down, go after, be after, hunt; pursue or approach stealthily. Google please, Peter Getz, Aetna.

**Unreasonable Confinement-** intimidation, or cruel punishment with resulting physical harm or pain or mental anguish; or the willful deprivation of essential needs.

**\*Reckless disregard of the facts with intent of denying my services-** attack targeted at depriving legitimate users from services

**Willful neglect-** conscious, intentional failure or reckless indifference to the obligation to comply with the administrative simplification provision violated.

# Statement of Claim

Crimes I believe, you have inflicted and are inflicting on me, as I understand them. This is not a threat! These are some of the things you, "Team Mates" and minions have intentionally done to me. This is just my opinion statements of facts:

**Standard of Care-** A diagnostic and treatment process that a clinician should follow for a certain type of patient, illness, or clinical circumstance.

**Medical Malpractice-** any act or omission by a physician during treatment of a patient that deviates from accepted norms of practice in the medical community and causes an injury to the patient.

**Quantify your damages-** Measure of damages is a way to compute damages that are to be awarded to an injured person

**Preponderance of Evidence-** A requirement that more than 50% of the evidence points to something. This is the burden of proof in a trial.

**Other Conditions-** Pass a <u>medical</u> review board

**Irrevocable Loss-** Not to be revoked or recalled; unable to be repealed or annulled; unalterable: an irrevocable decree

**Irreparable Harm-** One of the tests required for the grant of a interlocutory or preliminary injunction. The party requesting the injunction must show to the court that (if the injunction is not granted) it will suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party at the end of the trial.

**Perjury-** the offense of willfully telling an untruth in a court after having taken an oath or affirmation.

**Inaccurate and factually, incorrect-** If something is **factual**, it can be proven, like your mother's story about the bear that is **factual** because she took a picture of it standing next to the family car. Something **factual** is real. It is based in fact, **meaning** it can be proven, repeated or observed.

*Emergency*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Debra Rae Wolinsky, severely )
disabled senior, Please forgive printing )
and writing. I have tremors and Carpy )
Tunnel in both wrists. )
Plaintiff(s), )
Keyboard and computer vs. illiterate, Alone )
)
Aetna Insurance Co. (Mark Bertolini, CEO) )
County Care (John Jay Shadnor) U.S. Department )
Insurance Company CEO Secretary )
of Heath and Human Services (Alex Azwar II) )
Defendant(s). )

Case No. 1:18-CV-05997

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.   This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.   The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.   Plaintiff's full name is Debra Rae Wolinsky

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Emergency

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Debra Rae Wolinsky, severely )
disabled senior. Please forgive printing )
and writing. I have tremors and Carp )
Tunnel in both wrists. Plaintiff(s), )
Keyboard and computer vs. illiterate, Alone. )
)
Aetna Insurance Co. (Mark Bertolini, CEO) )
County Care(John Jay Shannon CEO) U.S. Department )
of Heath and Human Services (Alex Azar II) )
Defendant(s). )

Case No. 1:18-CV-05997

## $\overparen{COMPLAINT}$ FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Debra Rae Wolinsky

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

EMERGENCY

ILND 44 (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Debra Rae Wolinsky

**DEFENDANTS** Aetna Insurance Company, County Care Insurance Co., U.S. Department of Health + Human Serv

**(b)** County of Residence of First Listed Plaintiff COOK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Hartford County, Connecticut 06156

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Cook County, ILL, District of Columbia Court

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se (to date)

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*
Illinois, Connecticut, USA

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
☒ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Veteran's Benefits
☒ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
☐ 365 Personal Injury - Product Liability
☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☒ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities Employment
☒ 446 Amer. w/Disabilities Other
☐ 448 Education

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
*Habeas Corpus:*
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☒ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729 (a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☒ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☒ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

### VII. Previous Bankruptcy Matters (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 30 Million
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### IX. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Manish S. Shah
DOCKET NUMBER

### X. This case (check one box) ☒ Is not a refiling of a previously dismissed action ☐ is a refiling of case number ___ previously dismissed by Judge ___
DATE
SIGNATURE OF ATTORNEY OF RECORD
Debra Rae Wolinsky, Pro Se

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Wolinsky vs. Aetna Insurance Co, County Care Insurance Co and United States Department of Heath and Human Services    Case Number: 1:18-CV-05997

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Debra Wolinsky

Street Address: 1325 N. State Pkwy #7B

City/State/Zip: Chicago, IL 60610

Phone Number: 312-787-6322 (substantial hearing loss please try

e mail: wolinskydebra@gmail.com, text OND/312-339-6323 or fax 312-

Signature _____     Executed on (date) 8/29/18

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

EMERGENCY

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF

Debra Rae Wolinsky )
Plaintiff )
)
v. )
Aetna Insurance Company, County ) Case No. 1:18-CV-05997
Care Insurance Company, U.S. )
Department of Heath & Human )
Services. Defendant )
)

## AFFIDAVIT ACCOMPANYING MOTION
### FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Debra Rae Wolinsky_  Date: 8/24/18

My issues on appeal are: N/A

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts that is, amounts before any deductions for taxes or otherwise.*

# EMERGENCY

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $1,069.00 | $ N/A |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |
| Retirement (such as <u>social security</u>, pensions, annuities, insurance) | $977.00 | $ | $ same | $ |
| ~~Past~~ Disability (such as social security, insurance payments) | $0 | $0 | $0 | $ |
| Unemployment payments | $0 | $ | $0 | $ |
| Public-assistance (such as welfare) | $0 why? | $ | $0 | $ |
| Other (specify): Food Stamp | $192.00 | $ | $192.00 | $ |
| **Total monthly income:** | $1,069. | $ N/A | $ 1,069. | $ N/A |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address N/A | Dates of employment N/A | Gross monthly pay |
|---|---|---|---|
| Sevicely disabled | | | $0 |
| | | | $0 |
| | | | $0 |

case #: 1:18-CV-05997

EMERGENCY

3.  List your ~~spouse's~~ N/A employment history for the past two years, most recent employer first.
    (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $0 |
| | | | $0 |
| | | | $0 |

4.  How much cash do you ~~and your spouse~~ N/A have? $2,383.91 (but I wrote checks, that have not posted against that, as of 8/25/18 like my rent, scheduled for 9/4/18 = $1,443.7

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has N/A |
|---|---|---|---|
| Chase Bank | Direct Deposit | $2,383.91 8/25/18 | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  List the assets, and their values, which you own ~~or your spouse owns~~ N/A. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $0 | (Value) $0 |
| | | Make and year 0 |
| | | Model: 0 |
| | | Registration # 0 |

case #: 1:18-CV-05997



EMERGENCY

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.   *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your ~~spouse~~ |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   *State the persons who rely on you or ~~your spouse~~ for support.*    N/A

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| No one, anymore. | N/A | N/A |
| | | |

8.   *Estimate the average monthly expenses of you and your family. ~~Show separately the amounts paid by your spouse.~~ Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*    N/A

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included?        [ ] Yes [X] No<br>Is property insurance included?        [ ] Yes [X] No | $1443.74 | $ N/A |

EMERGENCY

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [ ] Yes [ ] No      *If yes, describe on an attached sheet.* Subject to Sudden Death, and OTHER Degenerative Diseases. (All non-contagious) life threatening and devastating.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

    *If yes, how much?* $0

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Below poverty limit, State has NEVER given me cash assistance, which I need. Bedbound Chairbound (practically) all the time. Hardly leave my apt. Have to use ambulance, taxi $ or even more $, Uber/Lyft line. pool!

12. *State the city and state of your legal residence.*
    Chicago, IL.

    *Your daytime phone number:* (312) 787-6322

    *Your age:* 68 this Sept. 18th, 2018    *Your years of schooling:* 2 years college

    *Last four digits of your social-security number:* 5776

# EMERGENCY

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) *see below* | $112.15 | $ |
| Home maintenance (repairs and upkeep) | $0 | $ |
| Food *Stamps* | $192.00 | $ |
| Clothing | $ | $ |
| Laundry and ~~dry cleaning~~ *Detergent + some clothes* | $18.00 | $ |
| Medical and dental expenses | $0 | $ |
| Transportation (not including motor vehicle payments) | $40.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $0 | $ |
|     Life: | $0 | $ |
|     Health: | $0 | $ |
|     Motor vehicle: | $0 | $ |
|     Other: | $0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $ |
| Installment payments | N/A | |
|     Motor Vehicle: | $0 | $ |
|     Credit card (name): | $0 | $ |
|     Department store (name): | $0 | $ |
|     Other: *Rent* | $1,443.74 | $ |
| Alimony, maintenance, and support paid to others | $0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $ |
| Other (specify): *utilities (see above)* | $121.00 *Jan & s* | $ |
| **Total monthly expenses:** *electricity* | $1,926.89 | $ |

## UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT

Debra Rae Wolinsky
_Plaintiff_

Case Number: 1:18-CV-05997

v. Aetna Ins. Company, County Care Ins. Co.,
U.S. Department of Heath and Human
_Defendant(s)._ Services.

Judge: Manish S. Shah

**Instructions:** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, Debra Wolinsky_____, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☒ without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1.   Are you currently incarcerated?                    ☐ Yes   ☒ No
                                                        (If "No" go to question 2.)
     ID #: _____ Name of prison or jail: _____
     Do you receive any payment from the institution?      ☐ Yes   ☒ No
     Monthly amount: _____

2.   Are you currently employed?                        ☐ Yes   ☒ No
     A.   If the answer is "yes,"state your:
          _Monthly_ salary or wages: _____
          Name and address of employer: _____

     B.   If the answer is "no," state your:
          Beginning and ending dates of last employment: 1996-Present
          _Last monthly_ salary or wages: _____

          Name and address of employer: N/A

3.   Are you married?                                   ☐ Yes   ☒ No
     If the answer is "yes", is your spouse currently employed?   ☐ Yes   ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alex Azar II., Secretary.

4.    Defendant, U.S. Department of Health + Human Services and Alex Azar II, is
       (name, badge number if known)

☒ an officer or official employed by U.S. Department of Health and Human Services.
                                      (department or agency of government)
See Defendants' list, attached. _____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.* Next page

5.    The municipality, township or county under whose authority defendant officer or official

acted is Hartford County, Hartford CT. 06156 As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.    On or about Sept.1.2016 - to date at approximately 12:01 ☒ a.m. ☐ p.m.
                   (month,day, year)
      plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of Cook _____,

State of Illinois, at 325 N. State Parkway, #7B, Chicago, IL 60610
                    (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows (*Place X in each box that
applies*):

☐    arrested or seized plaintiff without probable cause to believe that plaintiff had
      committed, was committing or was about to commit a crime;
☐    searched plaintiff or his property without a warrant and without reasonable cause;
☐    used excessive force upon plaintiff;
☒    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
      one or more other defendants;
☒    failed to provide plaintiff with needed medical care;
☒    conspired together to violate one or more of plaintiff's civil rights;
☒    Other:
      please refer to my, "in my opinion, irrefutable evidences"
      of each.
Under Americans with Disabilities Act of 1990, let my WORKING medical alert animal
out to toilet.'

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EMERGENCY                    Case #: 1:18-CV-0599:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Documented, Evidence/Proof of all allegations, in my opinion. PLEASE, I request all maximum sanctions, penalties etc, See attached top list.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

Physical injuries, attempted/attempting my murder, Neglect, every form of abuse, financial exploitation, undermining the sanctity of the United States Constitution (Fed. + State Existing Law) please see list with definitions, as I understand them.

13.    Plaintiff asks that the case be tried by a jury.   ☒ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.  Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint. *(see attached allegations lists)*

**WHEREFORE,** plaintiff asks for the following relief:

A.  Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.  ☒ *(Place X in box if you are seeking __punitive damages__.)* Punitive damages

against the individual defendant; and *each NEW*

C.  Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

*D. Let my medical alert (not working dog, NOT a pet) for toileting, as I no longer walk.*

Plaintiff's signature: *Debra Rae Wolinsky*

Plaintiff's name *(print clearly or type)*: Debra Rae Wolinsky

Plaintiff's mailing address: 325 N. State Pkwy. #17B.

City Chicago                    State IL.          ZIP 60610

Plaintiff's telephone number: (312) 787-6322

Plaintiff's email address *(if you __prefer__ to be contacted by email)*: ~~wolinskydebra@gmail.com~~ *No idea*

*E. Emergency Advance of $40,000, so I can pay off loans, I had to take on since 201(?) for two-hundred dollars a month, raise in rent, as of Oct 1, 2018, pay for emergency CNA's nurse, more medical supplies, etc. etc. etc.*

15.  Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*I cannot remember. Maybe 1994? Lance Chavin, (minor) by Mother and next friend: Debra Wolinsky*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/24/18

_____
Signature of Applicant

Debra Rae Wolinski
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____          _____
Date                                                     Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/03/2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

Debra Rae Wolinsky )
v. )
)
)
)
Defendant(s) Aetna Insurance Co., )
county Care Ins. Co., United )
States of Heathend Human Service )

Case Number: 1:18-CV-05997

Judge: Manish S. Shah

## MOTION FOR ATTORNEY REPRESENTATION

(NOTE: Failure to complete all items may result in the denial of this motion. )

1. I, Debra Wolinsky _____, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney General, Public Interest Law Initiative, Chicago Legal Aid Land Pro Bono, Pro Bono Chicago IL, Legal Aid + Pro Bono Supe Lawsuer RSS, Pro Bono - The Chicago Bar Chicago Metro Lite, wincourt buddy.com Pro Bono Service Initiative jd.of law school but I have been unable to find an attorney because: Most everyone told me, they are overbooked and understaffed.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR  1994 yr.
   ☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   Please appoint me representation of Lawyer/Firm, with significant time and resources to fairly go up against Behemoths and successful outcomes in similar actions.

Rev. 06/23/2016

EMERGENCY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)
Debra Rae Wolinsky
v.

Case Number: 1:18—CV-05997

Judge: Manish S. Shah

Defendant(s Aetna Insurance Company,
Count Care Insurance Company,
U.S. Department of Heath and Human Services.

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Debra Wolinsky _____, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.) Legal Assistance Foundation of Metropolitan Chicago, Chicago Volunteer Legal Services Foundation, Illinois Attorney General, Public Interest Law Initiative Chicago Legal Ireland Pro Bono, DLA Chicago IL Legal Aid, Pro Bono Super Lawyers, Pro Bono—The Chicago Bar, Chicago Federal Court, winecourt buddy.com Pro Bono Service Initiative.edu of Law schools Chicago, but I have been unable to find an attorney because: Most everyone, told me, they are overbooked and understaffed. Many more.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR [1994 R.]
   ☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Please appoint me representation of Lawyer/Firm with significant time an resources to fairly go up against Behemoths with successful outcomes in similar actions.

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER: 1: 18-CV-05997

ASSIGNED JUDGE: Manish S. Shah

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mark Bertolini, CEO OF AETNA and AETNA Insurance Co.
151 Farmington Ave.
Hartford, CT 06156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

THOMAS G. BRUTON, CLERK

_____          _____
(By) DEPUTY CLERK                                              DATE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Debra Wolinsky

v.

CASE NUMBER: 1:18-CV-05997

ASSIGNED JUDGE: Manish S. Shah

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Alex Azar II, Secretary of U.S. Department of Health and Human Service
200 Independence Ave. SW
Room 509 F, H H H Building
Washington, DC 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Debra Wolinsky

V.

CASE NUMBER: 1:18-CV-05997

ASSIGNED JUDGE: Manish S. Shah

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John J. Shannon, CEO of County Care and County Care Insurance
1900 W Polk St.
Suite 220 C
Chicago, IL 60612

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debra Wolinsky (Pro Se)
1325 N. State Pkwy. #7B
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

*Not someone who takes a nail it for 50 years*

Research Category
Pages



## INTRODUCTION TO M.E.

+ MY ALGO (muscle pain)
+ ENCEPHALO (relating to the brain)
+ MYEL (relating to the spinal cord)
+ ITIS (inflammation)
= Brain and spinal cord inflammation with associated muscle pain

**OVERVIEW**

Myalgic Encephalomyelitis (ME) is a <u>chronic degenerative neuro-immune disease</u> described in medical literature as early as 1935. A child or adult with ME has serious immune and cardiovascular abnormalities, with resulting serious CNS (central nervous system) consequences due to brain injury. The disease snatches the vital life out of patients on the level of diseases like MS, AIDS, mitochondrial diseases, and cancer. The unrelenting pain, cognitive impairment and exhaustion of ME are often literally unspeakable. Most times ME strikes relatively quickly (within hours, days, weeks). Once active and productive children and adults are suddenly robbed of vitality, with disability ranging from completely bedridden to somewhat functional. Variable disability and lack of treatments result in lowered or poor quality of life. ME usually progresses to premature death due to direct and indirect complications of the disease. Among the leading causes of death are heart failure and cancer, average life span 58.7 and 47.8 respectively, which is considerably younger than the general population (heart failure, 83.1; cancer, 72 – See world). Direct and indirect costs to society (US): ...

*Not "somewhat ... for a] most ... years*

*... I am 67!*

The cause of ME is unknown, but collective research suggests that an initial immune system insult – usually <u>a virus</u>, but sometimes toxic exposure, <u>bacterial infection</u>, trauma, or <u>other physical stressors</u> – trigger a cascade of immune system dysfunction that results in a cascade of CNS damage. A vicious cycle among these and other interconnected bodywide systems explains the ...

**DIAGNOSIS**

Since 1969, Myalgic Encephalomyelitis has been listed in ... of the ... (World Health Organization International Classification of Diseases), current diagnostic code, ... (321.9 in the US). Just a few among many tests that can show the effects of ME are: ...

The hallmark symptom is ... Infectious onset is most commonly observed, terms: post-exertional major exacerbation of symptoms (PENE, in lay from talking or listening, to walking across a room to going to the grocery store, depending on an individual's disease length and severity. Hypersensitivity to even minor sensory stimulation, an almost universal ME symptom, can cause PENE. Orthostatic Intolerance (symptoms worsen in an upright position) is also common. These and ... usually result in the patient being bedbound or homebound. PENE can be objectively documented by ... can last anywhere from days to weeks, and can be immediate or delayed by 24 hours or more. Symptoms can vary from hour to hour, day to day, month to month. Aerobic activity and repeated activity beyond an individual's threshold worsens prognosis.

**TREATMENT**

*fifty — 50 years, bad and worse", waxes and wanes" I only ... bad to worse*

About Our Banner Images

"...now there's proof that inflammation occurs in the brain and there's evidence that patients with this illness experience a level of disability that's equal to that of patients with late-stage AIDS, patients undergoing chemotherapy, or patients with multiple sclerosis."

"It's amazing to me that anyone could look at these patients and not see that this is an infectious disease that has ruined lives."

"rape becomes irrelevant.... It's much more 'endurance'... It's how you'd get through it day by day. It's more to do with how you'd get through the next hour, and how you'd get the next afternoon, and the next night, and the next day, and the next year."
- Jane Colby
Director, Young ME Suffer's Trust,
2011 Shropshire ME Group Conference

Please ... if you can:

**Note:** In this website, we support the distinctions made between ME and cfs as stated in The Nightingale Definition of Myalgic Encephalomyelitis (M.E.). We also support the implementation of Myalgic encephalomyelitis: International Consensus Criteria (2011), as "The expert biomedical community will continue to refine and update the [2003 Canadian Consensus] case definition as scientific knowledge advances."

Reflecting the current but ever-changing state of research of this disease, we reject "cfs" definitions that are too often applied to ME patients, and too often result in great harm and even death to patients due to inappropriate treatments and/or neglect. The unfortunate mislabeling of millions of ME patients worldwide with currently defined "cfs" causes untold harm. We state this resolutely: the documented cases of harm and neglect continue to mount. Too often, the disease presentation is the same no matter which case definition or label is used - correctly or incorrectly. This is not the patients' faults. It is a problem we hope our scientists will soon resolve once-and-for-all. But until then, we feel ALL patients with neuroimmune disease would do well to not rule out any possibilities. Research and treatments have been so sparse for this entire community of underserved patients, so we never know what new discoveries in all categories of neuroimmune diseases may apply to ME directly or indirectly, and thus force any or all definitions to evolve or to be left behind as relics of a rocky history.

It appears, for now, the transition in terminology will continue until more is known about the entire group of neuroimmune diseases that include ME.

Thus, one of our ultimate goals is to increase awareness that **Myalgic Encephalomyelitis (ME)** is a separate, distinct, long-defined, likely transmissible clinical entity, causing severe and prolonged disability in both children and adults, distinguishable from other severe neuroimmune illnesses. ME presents unique objective and subjective features, with prevalence and severity in the U.S. and worldwide of a magnitude that is deserving of its own research and diagnostic categories, leading to much needed care of this vastly underserved, neglected population. The cost to society in the U.S. is estimated at $18-$24 billion. (Jason et al 2008) But those are just numbers. The cost in quality of life for the patients and their families is incalculable.

We hope this website will help give patients, caregivers and the general public a better understanding of this disabling disease and the many issues that surround it.

(Read further commentary on the subject of terminology by Dr. Greensmith in the last section of the ME/cfs Explained page.)

"Do not for one minute believe that cfs is simply another name for Myalgic Encephalomyelitis (M.E.). It is not. Though cfs is based upon a typical M.E. epidemic, in my opinion it has always been a confused and distorted view of reality." - Dr.

From the Editors, June 2010: We apologize for our inability to update the NAME-US.org website in a timely manner, until further notice. We are severely ill and declining patients, and the volume and speed at which research and other information has accelerated has outpaced our ability to keep up at this time. We will make attempts from time to time to post some of the most notable breakthroughs or other news. We will keep the NAME-US.org website online and running for those who wish to use it as a reference. Thanks to all site visitors and those in the ME community for your support and understanding!

Tom Hennessy - In Memoriam
April 16, 1954 - September 9, 2013

NAME's Memorial List

Many patients and their caregivers new to M.E. do not have an extensive background in biology. We suggest that, as you browse these pages, you open the online medical dictionary in a separate window to quickly look up an unfamiliar term and aid in understanding this complex disease.

Home • ME/cfs Explained • Definitions • The Research • The Logic

© 2006-2014 National Alliance for Myalgic Encephalomyelitis
All rights reserved

Note: This website was designed in consideration of the light hypersensitivity suffered by many ME/cfs patients.

# Myalgic Encephalomyelitis

NORD gratefully acknowledges Leonard Jason, PhD, and his DePaul research team, for assistance in the preparation of this report.

## Synonyms of Myalgic Encephalomyelitis

○ CFS/ME
○ chronic fatigue syndrome/myalgic encephalomyelitis,
○ (ME)

## General Discussion

### Summary

Myalgic encephalomyelitis (ME) is an acquired complex disorder characterized by a variety of symptoms and physical findings potentially affecting multiple systems of the body. Many cases are preceded by a viral infection, usually a flu-like or upper respiratory illness, although ME can *[handwritten: in 1919 Asian Flu]* also be preceded by a non-viral illness or other trauma such as chemical exposure. Onset is usually rapid (acute) but gradual onsets are also reported. Affected individuals do not recover from the infection and instead experience a wide variety of symptoms including an inability to produce sufficient energy to meet daily demands. Marked fatigue and weakness, sickness, cognitive dysfunction and symptom flare-up follows physical and cognitive exertion. Additional symptoms that may occur include headaches, pain, muscle weakness, neck pain, vision abnormalities (such as blurred vision), a sensation of tingling, burning or numbness of the extremities (paresthesia), bladder and bowel dysfunction, and sleep dysfunction. Cardiovascular abnormalities have also been reported. Myalgic encephalomyelitis is a chronic and disabling disorder. Severe cases often leave affected individuals bedridden or housebound. Myalgic encephalomyelitis may occur as an outbreak that affects a large group of people (epidemically) or may only affect an individual (non-epidemically). *[handwritten: Incline Village Epidemic 1969 on North Shore of Lake Tahoe, Nevada. I went to college on South Shore in " " " California]*

### Introduction

There is significant controversy and debate in the medical literature about the relationship between myalgic encephalomyelitis and chronic fatigue syndrome (CFS). The first outbreak of myalgic encephalomyelitis was in 1934 and the term myalgic encephalomyelitis first appeared in the medical literature in 1956. Myalgic encephalomyelitis is recognized as a distinct disorder and has been classified as a specific neurological disorder by the World Health Organization (WHO) since 1969.

*[handwritten: ✓/X]* The term CFS was first used in the medical literature during the 1980s in the United States. The criteria focused more on fatigue than the encephalitic (inflammation of the brain) features of the disorder. This was unfortunate, since there is more than sufficient robust evidence which illustrates the underlying biological process involving the central nervous system, immune system, energy metabolism and stress system. Consequently, the emphasis on fatigue unfortunately led to defining the disorder being seen as a psychiatric illness. Because little was *[handwritten: X]*

*[handwritten page number: 3]*

*[handwritten: why name / for devastating disease? PQ]*

known about the cause or physiology of CFS, a wide range of patients were diagnosed with CFS even though they may have had a variety of conditions and experienced different symptoms. CFS eventually evolved into a larger disease designation that overlapped with myalgic encephalomyelitis. Consequently, some researchers, patients, government organizations, and other organizations began to use the terms interchangeably or with the combined acronym ME/CFS, creating a broad disease category.

Further, some researchers, physicians, and patient advocacy groups have pushed to abandon the illness label of CFS as they argue it is inaccurate and trivializes affected individuals. They want to reclassify these individuals as having myalgic encephalomyelitis. Other researchers, physicians, and many ME patient advocacy groups have argued against this change, noting that myalgic encephalomyelitis should retain a strict definition as a distinct neurological disease that includes measurable abnormal changes in the brain and central nervous system. Individuals who meet the stricter criteria would be diagnosed with myalgic encephalomyelitis. The term CFS should be reserved for individuals who fail to meet the more stringent criteria for myalgic encephalomyelitis and in whom no other underlying disorder or condition can be identified. Many patients who have been diagnosed with CFS would meet the more stringent criteria for myalgic encephalomyelitis. Individuals who fail to meet the criteria should be retested for an underlying condition as many individuals initially diagnosed with CFS are eventually diagnosed with an underlying condition such as cancer, multiple sclerosis, lupus, brucellosis, or another condition.

Signs & Symptoms

A wide variety of symptoms can be associated with myalgic encephalomyelitis (ME). Again, because of the lack of a clear, agreed upon definition of the disorder, different medical sources list different symptoms as being associated with ME. Most sources describe ME as a distinct neurological disorder that can affect multiple systems of the body. Symptoms and their severity can fluctuate over the course of the illness, even from hour to hour. *[handwritten: year to year, decade to decade ...]*

The symptoms discussed below have been associated with different case definitions of ME. It is important to note that ME is highly variable and can affect individuals differently in regard to severity, progression, and specific symptom development. Most individuals will not have all of the symptoms discussed below. *[handwritten: Since 1969! Almost 50 years!]*

*[handwritten left margin: 1 patient, not they?]*

Some cases of ME may develop in two phases (biphasic). The first phase is an acute primary *[handwritten: Hospitalized]* infection phase. Affected individuals may have an infectious disease with an incubation period of approximately four to seven days. Other cases may follow a more gradual onset. Closely following this initial phase is a second phase known as the chronic phase. This second phase usually occurs two to seven days after the initial infection and is characterized by measurable widespread (diffuse) changes in the central nervous system, which are thought to be the result of an infection invading the nervous system (encephalitis), or the immune system attacking the brain (autoimmune encephalitis). A number of recent studies demonstrate that this process is a result of brain inflammation which damages or destroys the nerve cells and/or the support tissue in the brain. Brain inflammation is encephalitis, so ME does appear to be a form of encephalitis.



# What should a letter from my doctor about my disability say to my landlord? housing

Sun, 01/11/2009 - 03:12 — Kirsten

This is a sample Letter to share with your doctor as an example of the letter needed from a physician for housing. It should be on the doctor's letterhead and dated less than a year previous to it's submission to the landlord. Choose the format appropriate for your need, either ESA, or SD below. Service dog.

housing It is YOUR choice whether to reveal the specific diagnosis or nature of your disability. However, the landlord has a right to request information about how this accommodation will mitigate your disability. In the case of a service dog, it would be similar to the task question that can be asked in public accommodations. Simply modify the sample as needed to suit your individual needs.

# for an ESA

[date]

Dear [Housing Authority/Landlord]:

[Full Name of Tenant] is my patient, and has been under my care since [date]. I am intimately familiar with his/her history and with the functional limitations imposed by his/her disability. He/She meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to [name of disability], [first name] has certain limitations regarding [list limitations]. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I have prescribed [first name] obtain a pet or emotional support animal. The presence of this animal is necessary for the mental health of [first name] because its presence will alleviate her symptoms of [list symptoms] by [list benefits]. Not a pet! Working dog.

Sincerely,

Name of Doctor

# for a service dog

# For People Who Are Deaf or Have Substantial Hearing Loss Substantial Hearing Loss, both ears, me.

**Hearing dogs are specially trained canine assistants who help people who are deaf or have hearing loss. Hearing dogs can alert their partners to sounds around the home and in public.**

Here are some of the sounds a hearing dog can alert their partner to, as demonstrated in the video below:

- **A door knock**
- **Smoke detector alarm**
- **Alarm clock ringing**
- **Tea kettle whistling**
- **Telephone or cell phone ringing**
- **Keys dropping**
- **Traffic approaching**
- **The name of the dog's handler to alert the person when he or <u>she</u> is being spoken to.**
- **General sound awareness**

Hearing Dogs are especially sensitive to noises, and a deaf partner can learn a lot about his or her environment just by watching the dog's visual cues. A dog may notice when someone approaches from behind and tries to get the attention of his or her handler. A Hearing Dog, along with his or her "Hearing Dog" vest, is often the first indicator to the public that the deaf individual may need to be spoken to face-to-face or in another manner.

Hearing Dogs communicate with their deaf partners by making physical contact with them and then leading them to the location of the sound. Small dogs will jump up on a person's leg or lap to alert their partner, while large dogs will seek out a person's hand with their nose to make contact.

Our Hearing Dogs are both mixed breeds from shelters or rescue groups, and puppies from our puppy program who are better suited to a career as a Hearing Dog. Skippy alerts me, however this may be an acceptable argument, for a puppy as well as Skippy.

case #: 1:18-cv-05997



"Myalgic encephalomyelitis (ME) is a severe, complex neurological disease that affects all body systems. ME is more debilitating than most diseases."
2012 ICC Physician's Primer

"In my experience, [ME/CFS] is one of the most disabling disease that I care for, far exceeding HIV disease except for the terminal stages."
Dr. Daniel Peterson

"We consider [ME/cfs] to be in the category of serious or life threatening diseases."
US FDA

OnGoals • Sitemap • Site Map

!! BULLETIN !!

Sign the Petition:
Stop the HHS-IOM contract
and
Accept the CCC Definition of M.E.

Thank you,
M.E. Community!

**Redefinition conflict**
in the news...

Home    M.E. or cfs ?    Definitions    Research    Links

## The National Alliance for Myalgic Encephalomyelitis

was established to address the issues of recognition and definition, and to raise awareness of this devastating neuroimmune disease that has afflicted nearly a million people in the U.S., and 17 million worldwide.



**Research**
In The Spotlight

"In view of more recent research and clinical experience that strongly point to widespread inflammation and multisystemic neuropathology, it is more appropriate and correct to use the term 'myalgic encephalomyelitis' (ME) because it indicates an underlying pathophysiology."
Carruthers et al.
Journal of Internal Medicine

*Many ways you can*
contribute to Research...



Journal of Internal Medicine
July 2011
Myalgic Encephalomyelitis:
International Consensus Criteria

[2013] Immune Abnormalities in Patients Meeting New Diagnostic Criteria for Chronic Fatigue Syndrome / Myalgic Encephalomyelitis
Brenu EW, Johnston S, Hardcastle SL, Huth TK, Fuller K, Ramos SB, Staines DR. Marshall-Gradisnik SM

Myalgic Encephalomyelitis - Adult & Paediatric: International Consensus Primer for Medical Practitioners

International Consensus Panel
Editors: Bruce M. Carruthers, MD, CM, FRACP(C), Marjorie I. van de Sande, B Ed

October 2012
*A must for every health care professional!*

TABLE OF CONTENTS

ME & cfs Explained
Pages

Definitions
Pages





**CountyCare** HEALTH PLAN    Managed Long-Term Service & Supports

**Member Name:** Debra R Wolinsky
**Medicaid ID#:** 090693284 *correct id #*
**Effective Date:** 01/01/2018

If you have an emergency, call 911 or go to the nearest emergency department (ED).
You do not have to contact CountyCare for an okay before you get emergency
services. If you are not sure whether you need to go to the ED, call your PCP or
CountyCare's nurse line at 312-864-8200 / 855-444-1661 (toll-free) / 711 (TDD/TTY).
The nurse line is open 24 hours a day.

---

**Members:**
Member Services & 24/7 Nurseline:
312-864-8200 / 855-444-1661 (toll-free)
TDD/TTY: 711
Transportation: 630-403-3210

**Providers:**
24/7 IVR Eligibility Inquiry and Prior Auth:
312-864-8200 / 855-444-1661

First Transit Help Desk: 630-403-3210

**Provider claims and EFT/ERA information via web:**
www.CountyCare.com

**Payer ID#:** 06541

**Medical and Behavioral Health Claims:**
CountyCare
Attention: CLAIMS
PO Box 3727
Corpus Christi, TX 78463

8/25/18 MPH

Case #: 1:18-CV-05997

| PRESCRIPTIONS | DOSE | QUANTITY | |
|---|---|---|---|
| Debra Wolinsky medications as of 3/20/17 | | | |
| 2 lactaid with all dairy food, meals, or snack | | | |
| **WAKE UP** | | | |
| 1 - injection 15 clicks Victoza | | | |
| Vitamin D | 50,000 IU per week | | |
| Aciphex | 20 mg | 1 | |
| Atenolol | 25 mg | 1 | |
| baby aspirin | 81 mg | 1 | |
| Bupropion XL | 300 mg | 1 | |
| Furosemide | 40 mg | 1 | |
| Cymbalta | 20 mg | 1 capsule | |
| Pantanase Nasal | 2 pumps in each nostril 2X daily | | |
| Sam-E | 400 mg | 1 | |
| Spirolactone | 25 mg | 1 | |
| **30 MINUTES LATER WITH BREAKFAST** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Amlodipine Besylate | 10 mg | 1 | |
| CoQ10 | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| **LUNCH** | | | |
| Allupurinol | 100 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **4:00 p.m.** | | | |
| Furosemide | 20 mg | 1 | |
| Potassium Capsules | 20 meq | | Two 10 meq |
| **BED** | | | |
| Alprazolam .25 mg | half = .0125 | | |
| Atenolol | 25 mg | 1 | |
| Atorvastatin | 10 mg | 1 | |
| Diazapam | 2.5 mg | Half of 5 mg | |
| L-Methafolate | 7.5 mg | 1 | |
| Lipitor | | | |
| Pantanase nasal spr | 2 pumps in each nostril 2X daily | | |
| Potassium Capsules | 20 meq | | 2 ten meq's |
| Trazadone | 100 mg | | 1 tablet |
| Zolpidem | 5 mg | 1.75 tablets per night | |
| Senna | 1 | | |
| Eat Fiber One | 1 | | per night |

## MEDICAL HISTORY – Debra Wolinsky

X Aortic insufficiency, moderate/severe – Dr. Richard Davison.

X Brain Cavernomas (two)  Dr. Bennet

X Morbid Obesity  Disease, NIH, CDC, American, Medical Association etc.

X Hypertension DR. O'Connor

X Sleep Apnea Sleep Studies - Northwestern Memorial Hospital

X Major Depressive Disorder Dr. Daniel Busch

X Asthma – several Drs

X Anxiety Dr. Daniel Busch

X Stage 1 Kidney Failure Dr. Sean O'Connor

X Vitamin D Deficiency – Housebound, bedbound, Dr. O'Connor 3x greater risk of stroke/heart attack

X Hyperlipidemia DR. O'Connor

X Esphageal Reflux – DR. Gerald Berkowitz

X Permanently ruptured right tibila tendon, inoperable  Dr. Armen Kelekian World Famous

X Painful cyst on bottom right foot, inoperable  Dr. Florence Ousk-Griffin

X Gerd several doctors and ER at Northwestern Memorial.

X Gout Dr. Gerald Berkowitz

X Spinal Stenosis – Northwestern Hospital, has X-Rays, other doctors afflicted.

X Sciatica Dr. Dan Hurley

X Carpel Tunnel Syndrome Dr. Harris, Dr. wiendiist  Gerald?

X Hearing loss – progressive, now substantial, both ears

X Cataracts — need surgery too risky for me.

X Jaw surgeries — seven, Dr. Nolan Levine,

X Diabetes 2 Dr. O'Connor

X Myalgic Encephalomelitis for almost 50 years, Dr. Daniel S. Bell, still Harvard Dr?
First, missed true diagnosis, said "Asian Flu"

X inoperable ruptured right tibial tendon  It was my acute incident, 1969. The first of my M.E. "Echine Village outbreak"(?) It was

X Severe incontenince (50 mg. Lasix daily)

X Steroid induced constipation  deteriorated substantially since 1969, I am mostly

Shingles Shingles
Herpies Zoster 2  Herpes Zoster 2

bedbound, chair bond, housebound, 98-99%, most of time! You have Not even Read my submitted ad nauseam, medical information, including my "bright spots shown in brain scans, associated as markers for some M.E. patients READ THIS!!! You NEVER NEVER have!!! It PROVES my previously submitted medical records. You? Say you relied upon a Dr. of Papers, to evaluate, me? You have no witness, to have "seen" me perform ADL's? You cannot ever refute my medical proof!! M.E. waxes + wanes. Your action/in action are either physically IMPOSSIBLE for me or excruciatingly painful

⑦

D=Deadly
SD=Sudden Death
P=Pain

Revised: 07/16/18

**Medical History – <u>Debra Wolinsky</u>**

Aortic Insufficiency, Moderate/Severe –**SD and D**

Arthritis

Brain Cavernomas (two)—**SD and D**

Morbid Obesity—**SD and D**

Hypertension—**SD and D**

Sleep Apnea—**D**

Major Depressive Disorder—**SD and D**

Asthma—**SD and D**

Anxiety—**SD and D**

Stage 1 Kidney Failure—**D**

Vitamin D Deficiency—**SD and D**

Hyperlipidemia—**D**

Esophageal Reflux—**P**

Permanently Ruptured Right Tibila Tendon, Inoperable—**P**

Painful Cyst on Bottom Right Foot, Inoperable—**P**

Gerd—**P**

Gout-**P**

Spinal Stenosis—**P**

Sciatica—**P**

Carpel Tunnel Syndrome—Both Wrists **P**

Hearing Loss—**SD and D**

Cataract—**Need Surgery—Blind?**

Jaw Surgeries—**P and D**

Diabetes 2—**SD**

***Myalgix Encephalomyelitis—**D and Life Devastating**

Inoperable Ruptured Right TIbial Tendon—**P**

Severe Incontinence (60 mg. Lasix Daily, Dippers, Pads)

Antidepressants Induced Constipation—**D**

3rd Degree Burns—**P**

Broken Toes, Left Foot—**P Twice Same 3 Toes**

Vitamin A-**<u>Scarring</u>, <u>Bone loss</u> and D**- Housebound/No caregiver, /stroke.

<u>Prescribed, L-Methofolate, Vitamin A</u> to swallow for bone loss, Vitamin B Complex for <u>**anyone**</u> who takes SAM—E, I have <u>**prescriptions,**</u> Vitamin D Prescribed, for my severe deficiency, and <u>**multiplied**</u> chance of stroke and heart attack by <u>**3**</u> times. <u>**GOOGLE**</u> the prescriptions. Also <u>**rub**</u> vitamin A 2 x daily on my large scarred area; doctors <u>**orders**</u>.

**Prescribed, L-Methofolate, Vitamin A** to swallow for bone loss, Vitamin B Complex for **anyone** who takes SAM—E, I have **prescriptions,** Vitamin D Prescribed, for my severe deficiency, and **multiplied** chance of stroke and heart attack by **3** times. **GOOGLE** the prescriptions. Also **rub** Vitamin A 2 x daily on my large scarred area; doctor's **orders**.

Your accusations are totally false! Before you "murder" me, at LEAST Read my few words attached. You scheming attempted murders.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBRA RAE WOLINSKY,

Plaintiff,

v.

AETNA INSURANCE CO., et al.,

Defendants.

No. 18 CV 5997

Judge Manish S. Shah

*you have made it, IMPOSSIBLE to comply. obstruction of Justice!*

ORDER

*Impossible! Better to ask pigs to fly!*

The plaintiff's application for leave to proceed in forma pauperis, [4], is granted. The motion for attorney representation, [5], is denied. The complaint is dismissed without prejudice. If plaintiff wants to pursue this case, she must submit a viable amended complaint by November 1, 2018. If plaintiff does not comply, the dismissal will convert to a dismissal with prejudice. The Clerk shall return the evidence submitted to the plaintiff.

STATEMENT

Plaintiff Debra Rae Wolinsky's application to proceed in forma pauperis, [4], is granted, because it demonstrates that she is unable to pay the filing fee.

Because Wolinsky seeks in forma pauperis status, her complaint is governed by 28 U.S.C. § 1915(e)(2)(B), which authorizes district courts to screen complaints and dismiss those that fail to state a claim. See Jaros v. IDOC, 684 F.3d 667, 669 n.1 (7th Cir. 2012).

Plaintiff's complaint is unintelligible and is dismissed without prejudice. See Griffin v. Milwaukee Cty., 369 Fed. App'x 741, 743 (7th Cir. 2010). The complaint docketed by the clerk's office contains over 250 pages and it is not clear who Plaintiff is trying to sue and for what. Plaintiff also submitted several thousands of pages of additional evidence that was not docketed. A complaint must contain a short and plain statement of the claim. Fed. R. Civ. P. 8(a)(2). Plaintiff's complaint is a far cry from short and plain, and the thousands of pages of evidence makes it even less understandable. A plaintiff is not required to submit any evidence at this stage of a lawsuit. The Clerk shall return the evidence, and if plaintiff wants to pursue a lawsuit, she must submit an amended complaint that simply states what her claim is and what defendants did to violate the law.

*mostly criminal!* [handwritten]

The motion for attorney representation is denied. There is no right to court-appointed counsel in civil litigation, but a court has discretion to recruit a volunteer attorney to represent a client. Plaintiff seems to have made "some effort" to find a lawyer on her own. That is one factor to consider when deciding whether to recruit a volunteer attorney. But plaintiff has some college education and her frequent pro se filings indicate that she is familiar with the early steps of litigation. At this stage of the case, it appears that plaintiff can manage to submit an amended complaint without counsel. If the case reaches a point where plaintiff is unable to manage, she may renew her request. *Not with you, Judge. Need change of venue, out of State. You have demonstrated that you are bias.* [handwritten]

*inadmissible* [handwritten left margin]

*Never* [handwritten left margin]

*No way!* [handwritten right margin]

ENTER:

Date: October 3, 2018

Manish S. Shah
U.S. District Judge

untrue and impossible as the court states. I only rely upon the U.S. Constitution's Protection of me. I cannot "manage" to submit an amended complaint without counsel. It is false to assume that these court statements could be true. The courses in college I took in the past, render me, perhaps, lower than only a high school education, by today's standards. Therefore, not only, I believe you stated, "Plaintiff is able to submit an amended complaint without representation, is Ludacris. You point out to me that I have no right to court appointed counsel in a "Civil" litigation. The majority of the proceedings are in fact, criminal, as well, BECAUSE OF CONSTITUTIONAL LAW! Which I believe, are not, characterized as mere "civil." I believe, that is inaccurate and factually, incorrect.

Finally, the threat of dismissing my case WITH prejudice prevents me from invoking my Civil Rights. Since the day I received it ( October 6, 2018) only allows to November 1, 2018, is unfair and IMPOSSIBLE, Regardless of any date. Besides, delay and Doom of my beyond grave allegations and written proof. I have had to double check, so my allegations were received with definitons I meant. , and offer me, no CHANCE for justice. At this time, you have now forced me by your own statements and orders, that I request an impartial judge, a change of venue, to another competent fair counsel, Federal, or referral to Supreme Court of the United States without delay. Prejudicial, comments, opinions or dehumanizing contact, in any manner, I consider, this to be Obstruction of Justice. I must reject the Court's conclusions, orders, and statements on the grounds of being discriminatory, prejudicial, illegal, inaccurate and factually incorrect. I do not wish anyone to take my Civil Rights or criminal reporting's from the protection of the United States Constitution. I am unable to process and proceed with an amended compliant without reputable, experienced, rich in resources counsel, and to try to invoke my Civil Rights. I also said this was EMERGENT due to my serious and deadly medical issues. I am hoping to find an attorney/firm and judge who refuse to drink the Kool-Aid and have the resources to grant my requests. Please do not stall or prolong my suffering. I cannot get a fair trial, at this point, in Illinois, Wisconsin, Texas or Missouri, in my attempt to get an unbiased, and legitimate State. This type of conduct, "I believe," may be a nation-wide "Cancer." I have drawn this opinion, from a videotape and personal exposure, to questionable circumstances.

On my sons Facebook pages, I notice an old friend of theirs, is a woman named Sonal Shah. Is she your sister? Cousin? She is a hospitalist, and because one of my twins, Grant Chavin M.D., and Chase S. Chavin, HBS MBA, is a doctor, numerous friends, are also doctors. The 3 were in the same grade at University of Chicago Lab School, at the same time. If so, perhaps one can incorporate this knowledge/reason without renegotiating? I am, and perhaps another reason to recuse oneself. Also, being denied my due process, my day in court, etc. I want to go before the Supreme Court, for justice. I believe the court's statements to me are unfair and highly prejudicial. Kindly recuse yourself and uphold protection of the U.S. Constitution. This is, in my opinion, Obstruction of Justice, as well, as everything I produced in my complaint, to more than substantiate, my allegations.

I do not believe the court addressed or even saw my irrefutable evidence. My request, to take my medical alert dog out for toileting, which is an obvious part of my multiple "prescriptions." I lost my ability to walk, as I have Ataxia and have very high risks, for falls. Now, I fall down. When he was trained, I degenerated, so I cannot safely walk and other ADL's. Enclosed are 12 copies for your convenience if you feel this must be shared with the other judge, defendants and Federal entities necessary or needed. Will that be in room 1720? You are a very learned man, a U.S.D.J. I believe that anything I sent to you, you are able, to decipher. You cannot possibly make me believe that my submissions were unintelligible. In fact, this perhaps, is yet another proof of my inability to file or proceed with a Federal Law suit. At this point in my life I have to depend on others to "keyboard or type" for me. I do not always have the strength to go over the grammar. But I will always believe that the court is able to decipher my reports and evidence. The enormity of my allegations, must be read. I need my money (my defendants pidgoned holed me, to advance) to live, now. Can there be ordered, to make a monetary advance to me, even

_E OF_
_.S. DISTRICT COURT_
_.TES COURTHOUSE_
2.. ... .1 DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Received 10/7/18 = 27 days
Today is Sunday.

60610-611772

PERSONAL AND CONFIDENTIAL
Judge Manish S. Shah
219 S. Dearborn St. Rm. 1914
Chicago, IL 60604

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any reading, use, dissemination, copying, or storage of this message or its attachments contained herein (including any reliance thereon) is strictly prohibited.

Dear Judge Shah,

I have received the letter that you had sent to me on 10/03/2018, which I received 10/07/2018, Sunday. I cannot believe this! I disagree with most of the court orders and statements as being inaccurate and factually incorrect. Thank you for you magnanimous granting, of me being able to proceed in forma pauperis. I have stated my condition repeatedly to this court. I am computer illiterate. I am both a senior and SEVERELY disabled person. You claim that my in forma pauperis is granted because it demonstrates that I am unable to pay the filing fee. Then said, "I failed to state a claim." Which is inaccurate and factually incorrect. I have no attorney. However, I thought my "list" was my claims. After I have told you, that I am severely disabled, have tremors in my hand, Carpel Tunnel in both wrists, and unable to punch in letters, most of the time. When I attempt to do so, it takes me approximately two and a half hours per page. You refer to my complaint as being "unintelligible". The court in fact, is violating my Civil Rights. The lion's share of the papers I submitted are merely copies of text messages, all printed and enlarged, an easy and faster read. My printing/handwriting is atrocious, because of my disabilities, but I disagree, unintelligible. Where I took the papers to be copied, they over enlarged the lion's share of my submitted papers. I am sorry, for that but those were not my instructions. I believe, it could have possibly been done to generate more pages, more profitability? I could not afford to redo them. According to the U.S. Constitution, the Americans with Disabilities Act of 1990, I must be afforded some type of reasonable accommodation. I do not think, I received that. That maybe, in and of itself, discrimination. My evidence, I believe, proves each allegation! In intrest of fairness, one must review evidence!

It goes on to say that I fail to "state a claim." I do not believe that this is true. I was denied competent representation. You also state that I am not required to submit any evidence at this stage of the lawsuit. Who knows? Once again, I must request another reasonable accommodation of the U.S. Constitution, which you have sworn to up hold. I explained that I was subject to "Sudden Death." I have 3 sons and 6 grandchildren (all under 10 years old. They are not financially responsible to their 68 year old mother. I would rather jump out of a window, than take money out of my children's and grandchildren's "mouths!" Maybe they could continue with "wrongful death." So, that I was submitting most of the evidence with my complaint, for that reason. You go on to say that I had "some college". That is true, however The College you are referring to, I believe, was only two years of General Education Courses. Also referred to as Gen Ed's, in these times. The list of my diagnoses, medications, and descriptions of my sudden death statuses/incurable and untreatable, I believe, must be accepted under these circumstances, and not be admonished. My printing/writing is mostly done from my bed

(and I don't have much of a lap), due to the cutting through thermuscles of my abdomen for 2 c-sections in one year. or my recliner (as I don't have the strength to hold myself up, most days). I have been told by my cardiologist to keep my legs elevated as much as possible.

I believe, these remarks that I am again expressing to you characterizing my evidence as thousands of pages of additional evidence were not docketed. I have a witness who wheeled me there, and the clerk refused to Docket all of my evidence for some reason, I do not know. However, someone advised me that I should submit the rest in room 1720, which I did. Even after I explained to her that I am subject to Sudden Death. So as anyone can see, that also, is no fault of my own. I believe, it is quite clear who I am trying to sue as I listed as defendants, AETNA Insurance Company (and its CEO Mark Bertolini), County Care Insurance Company (and it's CEO John Jay Shannon), the United States Department Of Health and Human Services and (Alex Azar II, Secretary) with all of my evidence and lack of oversight,whatsoever, because I am not a lawyer or pretend to be one (what a joke) I did not know that all the co-conspirators in its organizations could not be listed as they were only minions of the three named defendants. I am hoping and praying that they also will be permanently removed. A leopard CANNOT change its spots! Allowing them all to decide who lives and who dies is, I believe, unconstitutional and unlawful, etc. How can you even suggest, that with my two years of Gen Ed's comprised of English Literature, Introduction to Psychology, and I don't even remember the rest, as it has been approximately 47 years ago!!! I am no match, as you know, even to try to file a Federal lawsuit. I did the very best that I was able. I am not able, as you have erred, to proceed without competent and resource availability, representation. I am not barred to avail myself of the protection of our Constitution because I am poor, SEVERLY disabled and unable to work??? (Through no fault, of my own!) Or Eldery? I put in two years of all the exertion I had, into trying to prepare this case. I was always under the impression that even the poor, severely disabled, elderly citizens, were protected under the U.S. Constitution, etc. The reasons that you state to me, in my opinion, cannot comply with the law. It is unrealistic and a "far cry" to even suggest, that I am able to go forward without competent and or equal type of representation against the armies of expensive lawyers who have abundant resources and HAVE this type of success. I AM NOT ABLE, TO STAND ON EQUAL GROUND? I AM REQUESTING, FAIR PLAY It is also unbelievable that you are denying me an equal type of representation to go up against, in my opinion, daily murders,due to violations of the United States Constitution, Federal and State's mandatory rules, to save money, not lives. My group of people, it seems is expendable, irrelevant, not being, protected under our written LAWS. I am fighting for my life!!! The United States Constitution protects ME! Statements, I believe are contradicting to themselves. First, I am told that I have ability to proceed, then I am admonished for not doing it right, even in my court submissions. I, believe this entire case is tantamount to Hitlerish/tactics, not in USA against its own weakest and most vulnerable citizens.

You also said that I have made "some effort" to find a lawyer on my own. I have contacted at least over 30 lawyers and/or law advocacy groups. Only to be told they are over booked or underfunded, or they just couldn't take on this super undertaking at this time... It could not be any plainer to obtain equal or proper representation that would not doom my case because of lack of funds or limiting their practice of law to this enormous, multifaceted case, which contains murders (in my opinion), mass murders in my opinion, gross violations of conflicts of interests, and many more flagrant demonstrations of being "above the law," and illegal under OUR U.S. Constitution! Violating state and federal laws, already in place!

I consider it extremely prejudicial to incorporate the word "frequent" in your reference to my different, unrelated pro se filings over approximately 40 years. Once every decade??? It is ridiculous to suggest, that my attempts for justice "indicate" that I am familiar with early steps of litigations. This is

though they refuse to settle, with me, as everything that they have done to me is as egregious as possible? They have my fair demand. A court could do this, <u>Time Is Of The Essence</u>. This wouldn't <u>exist</u> if I had a competent , resource rich, successful cases in this area or attorney/firm. Finally, I believe these errors are not disrespectful or rude. I believe, they are, just statements and documentation of FACTS.

Debra Rae Wolinsky
1325 N. State Parkway #7B
Chicago, IL 60610
Fax: (312) 787-7998
Email: wolinskydebra@gmail.com
Text ONLY: (312) 339-6322
No other formats.