# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Debra Rae Wolinsky,

Plaintiff(s),

v.

Aetna Insurance Co., et al,

Defendant(s).

Case No.  18-cv-05997
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of defendants Aetna Insurance Co., Mark Bertolini, County Care Insurance Company, John Jay Shannon, U.S. Department of Health and Human Services, and Alex Azar, II and against plaintiff.

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Manish Shah.

Date:  11/19/2018                    Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk